Ms. Kylie M Eliason, Trustee
Ms. Brittnie L Eliason, Beneficiary
634 Ridge Top Lane
North Salt Lake, Utah 84054
801-949-0080
Brett.eliason1@gmail.com
 Plaintiff is Self-Represented "Pro Se"

FILED US District Court-UT
FEB 19 '25 AM 10:39

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### Court Address: 351 S. West Temple, SLC Utah 84111

| | |
|---|---|
| **THE ESTATE OF MAX AND JOYCE ELIASON** | **SUMMONS AND COMPLAINT AND REQUEST MATTER BE TRANSFERRED FOR CRIMINAL PROSECUTION** |
| **KYLIE ELIASON, TRUSTEE** | |
| **BRITTNIE ELIASON, BENEFICIARY** | |
| Plaintiff | |
| v. | |
| **THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS** | |
| **DALLIN OAKS** | |
| **THE UNITED STATES DEPT OF JUSTICE** | |
| **CHIEF JUDGE ROBERT SHELBY** | |
| **THE STATE OF UTAH** | |
| **GOVERNOR SPENCER COX** | Case: 1:25-cv-00021 |
| **KIRTON McCONKIE, PC,** | Assigned To : Romero, Cecilia M. |
| | Assign. Date : 2/19/2025 |
| | Description: Eliason v. Corporation of the President of the Church of Jesus Christ of Latter Day Saints et al |
| **JOHN AND JANE DOES TO BE ADDED** | |
| Defendant | |

<u>**A Cry for Help, a Demand for Justice:**</u>

The facts are simple: the law firm of Kirton McConkie working as an Agent for the LDS Church, has embezzled the $250 million dollar estate of Max, and Joyce Eliason, and is now incapable of accounting for $1.00. It is evident the new Trump administration and Elon Musk have already been successful in exposing more corruption than the world will ever be able to comprehend, and the story of my family and its battle against those who swore an oath to uphold the constitution and protect the freedoms of innocent victims, will boggle the mind of any honest human being.

It is a tale of evil and hypocrisy unlike the world has ever seen, where a group of Mormon leaders has overtaken the Church of Jesus Christs of Latter-Day Saints and used it as a tool to fund deep state operations. Upon researching the background of President Dallin Oaks, it becomes evident he and Russel Nelson were put into place, not as ambassadors and prophets of the Lord, but rather as scoundrels who were hired by the secret societies to divert hundreds of billions of dollars to very unholy causes.

The Democratic Party under the Biden Administration is being exposed as nothing more than a group of greedy thugs and villains, and make no mistake when I say this same plague of corruption has reached the very top of both the Church and State as is revealed in the thousands of pages of evidence which has been filed in the associated matters.

The sheer fact that I am writing this complaint on behalf of these victims is all the evidence needed to send each of the defendants to prison for the next 1,000 years for their felony involvement in over 50 counts of racketeering which have been committed over the past decade. How is it that I am representing my family, when Kirton McConkie has been paid millions to do so out of my own trust and business accounts? They are guilty without needing to open their corrupt mouths, which explains fully the reason behind the fact the State of Utah and the Department of Justice refuse to provide innocent victims with a hearing or a jury trial. This case is not only the definition of hypocrisy and greed, but also just how wicked and evil mankind can become when it comes to concealing crimes, even if they were not the ones who directly committed them.

The simplicity of this matter cannot be emphasized enough which makes it difficult for the reader to believe that corruption at this level is being allowed at both the State and Federal Levels.

**WHICH ONE OF THE DEFENDANTS CANNOT UNDERSTAND THE FOLLOWING STATEMENT WHICH HAS BEEN ASKED TO THE COUNTLESS JUDGES AND ATTORNEYS SINCE SR PARTNER TOM MECHAM OF KIRTON MCCONKIE ADMITTED GUILT TO AN "UNDISCLOSED CONFLICT OF INTEREST ON FEBRUARY 11TH, 2019.**

1- The trust documents prepared by Kirton McConkie state that Craig McCullough and KMC law represent Max and Joyce Eliason and their respective estate.

2- They do not, nor ever did, but rather lied to and deceived an 84-year-old couple suffering from lung cancer and dementia, while simultaneously stealing their entire estate.

8.13   Notification of Attorney.  If the Settlor has a serious illness or operation, the Settlor requests that the Trustees contact his attorney, Craig F. McCullough, KIRTON MCCONKIE, 50 E. South Temple, Suite 400, Salt Lake City, Utah  84111, (801) 328-3600, to obtain instructions in case the Settlor should die.  If death makes this prior conversation impossible, then the Trustees should call said attorney as soon after death as possible.

ARTICLE 9
FORFEITURE

If any beneficiary under this Trust, and any trusts herein created, or intended to be created, shall contest in any court, without probable cause, any provision of this trust agreement, the Trustee shall distribute such beneficiary's share of any distribution as if such beneficiary had predeceased the Settlor.

IN WITNESS WHEREOF, the Settlor and Trustees have executed this trust agreement.

Max D. Eliason,
Settlor and Co-Trustee

Joyce S. Eliason,
Co-Trustee

**GAME OVER...WHAT ELSE DO THE DEFENDANTS NEED FOR PROOF?  WHO REPRESENTED MAX AND JOYCE ELIASON AND THEIR 250M ESTATE?**

# Mormon church accused of embezzling couple's estate

LAWSUITS

By **Charmaine Little** | Mar 5, 2020



he LDS temple in Salt Lake City, Utah | Pixabay





SALT LAKE CITY (Legal Newsline) - A son is bringing attention to a religious organization that allegedly embezzled his parent's entire estate.

Trustee and agent Brett L. Eliason sued on behalf of Max and Joyce Eliason. The Corporation of The President of The Church of Jesus Christ of Latter-Day Saints and The Law Offices of Kirton McConkie were accused of embezzling the estate during the estate planning process. They were sued in the U.S. District Court for the District of Utah's Central Division on Feb. 26.

The above article was published on March 5th, 2020, upon the filing of the first case in federal court which included over 300 pages of evidence proving the guilt of Kirton McConkie and the LDS Church. A very corrupt Chief Judge Robert Shelby dismissed the case with prejudice without ever affording the victims screaming for help, a hearing, or a jury trial.

And if this is not enough evidence, let us review one of the more blatant examples of unbridled corruption wherein Mr. McCullough decided it was ok to make himself a beneficiary of the Trusts while having no authority whatsoever to do so.

## SECTION 6.5.2 RIGHT TO ADD CHARITABLE TRUST BENEFICIARIES

*"Craig McCullough, as the Trust Protector, acting individually and not as a fiduciary, shall have the right, without the approval or consent of any adverse party, to add beneficiaries to the trust notwithstanding any other provision of this Trust Agreement. The Trustee may, in its sole discretion, distribute so much of the income and principal of the Trust as the Trustee deems appropriate to Beneficiaries who may be added to the trust pursuant to this section."*

I dare anyone reading this to find a more heinous display of corruption ever witnessed, or a theft larger than the $250 million dollar estate of my parents. And yet for over six years, my family has been crying for help and demanding justice while faced with the most cowardly and criminal horde of lawyers, politicians, and judges, each of who have betrayed both their God and Country. They are dismissing every law of ethical behavior, while committing nothing short of treason, and everyone involved should be punished accordingly to make an example to everyone who dares behave in this way going forward.

It is not my job to be filling this matter, but if I do not do it, which one of the fine judges or lawyers or crooked FBI agents will do so? When I notified the District Attorney of this crime, it was I who was arrested and charged with a third-degree felony stalking charge for demanding accounting and restoration of my parents' estate from the LDS Church and Kirton McConkie. And here we have this gaggle of felons getting away with not only unchallenged charges of racketeering, but also the murder of my parents via morphine overdoses to conceal their crime of not actually representing either of them.

While the attached causes of action are in no way considered all inclusive, anyone of them if proved to be true, will hang every defendant from the nearest Angel Moroni in shame, for the unapparelled hypocrisy by those called "The Lawyers of Jesus Christ Himself" by one of America's most wanted criminals, President Dallin H Oaks.

Plaintiff restates and incorporates all evidence found in case no 2:23-cv-00785 along with all other related cases filed since March of 2019 when Kirton McConkie admitted guilt to their undisclosed conflict of interest.

## PARTIES, JURISDICTION, AND VENUE

1.  Plaintiff, The Estate of Max, and Joyce Eliason was entrusted to the law firm of Kirton McConkie and the LDS Church in May of 2013, who is now unable to account for $1.00 following the death of Max E Eliason on October 23rd, 2024.

2.  Plaintiff Brett L. Eliason is an individual residing in North Salt Lake City, Utah. He is a beneficiary of the estates of both Max Eliason and Joyce S. Eliason. He is a trustee and beneficiary under the Eliason 2015 and 2016 Trust and should be a beneficiary and trustee under the Joyce S. Eliason Trust. He is also a member of Eliason Eight, LLC and Eliason Enterprises, LLC, all of which have been robbed of all their respective assets.

3.  Plaintiff Veronique Eliason is an individual and wife of Brett L Eliason, she is the duly appointed Trustee of the Eliason 2016 Trust in the even Brett was removed as Trustee, which Craig McCullough did without any authority, or right to do so. She is also a victim of the unparalleled corruption exposed herein.

4.  Plaintiff Kylie M Eliason is an individual residing at 634 Ridge Top Lane, and a beneficiary to the Joyce S Eliason grandchildren's trust which has been zeroed by the defendants while Kylie was still a minor. The defendants have been unable to provide one financial or beneficiary statement since the initial fraudulent trusts were created in October of 2015. She was also unlawfully evicted from an Eliason property by Kirton McConkie.

5.    Plaintiff Brittnie L Eliason is an individual residing at 634 Ridge Top Lane, and is also a beneficiary of the Joyce S Eliason Grandchildren's trust as described above, and was also a minor when Kirton McConkie robbed them blind.

6.    Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Dallin H Oaks dedicated the law office of Kirton McConkie in February of 2012 in a temple like ceremony, encouraging the faithful members to entrust their estates to them, with the full knowledge they were using religion as a marketing tool to accomplish their evil designs.

7.    Defendant Kirton McConkie, PC Kirton and McConkie) is a law firm located in Salt Lake City, Utah who was engaged to perform legal work for Max Eliason and Joyce Eliason; and represent their three children impartially. Rather than upholding their fiduciary duty to their clients, they instead created a web of over 15 trusts to create a smoke and mirror plot which they in turn used to funnel all the assets of Max and Joyce Eliason into.

8.    Defendant The United States Department of Justice c/o Pamela Bondi has refused to uphold the constitution and appoint an honest judge or a prosecuting attorney to this case, despite their pure knowledge as to what has transpired in this case. Every judge who has been involved herein, should be prosecuted, and sent to prison for their respective crimes of treason and aiding and abetting.

9.    Defendant Spencer Cox is the current governor of the State of Utah, and who was served with a complaint against him in 2024 due to his refusal to appoint the Attorney General Sean Reyes to prosecute this matter as would be required by law. Furthermore, he has

yet to respond to the complaint proving he feels himself above the law, while dismissing the 21-day response requirement like everyone else in this country must obey.

10.     Defendant Judge Robert Shelby is the Chief judge of the United States District Court of Utah, and was the first judge who sought to quash this matter by dismissing it with prejudice and not allowing the victims their due process of law. He and each of the other district court judges in the State of Utah have also dismissed multiple other related cases, and have yet to face any consequences for their unlawful actions of aiding and abetting and obstruction of justice.

11.     Jurisdiction and Venue are proper for this Court pursuant to Utah Code Ann. §78A-5-102 and §78B-3-307.

12.     This Court has authority to enter a declaratory judgment pursuant to Utah Code Ann. §78B-6-401 *et. seq*.

**GENERAL ALLEGATIONS**

13.     Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint.

14.     Each of the following allegations were taken from a complaint filed by attorney Jaryl Rencher in September of 2019, with the remainder found in the manuscript entitled "The Mormon Mafia and ME" which has already been submitted as evidence on multiple occasions.

15.     On October 28, 2015 Joyce S. Eliason executed the Joyce S. Eliason Trust.   See Exhibit A, attached.

16.     This trust and all subsequent amendments were drafted by Craig McCullough as an agent and/or employee of Kirton and McConkie.

17.     As drafted Joyce Eliason and her husband, Max Eliason, are joint trustees.   Exhibit A, paragraph 6.1, page 14.

18.     At the time of the execution of the Joyce S. Eliason Trust, Max Eliason executed the Max D. Eliason Trust.   Essentially an A-B trust was created.

19.     Max D. Eliason signed the Joyce S. Eliason Trust as Settlor and Co-Trustee.  Accordingly, no amendments or revocations to the Trust would be effective without the assent of the Settlors, which would be Joyce Eliason and Max Eliason.

20.     The Joyce S. Eliason Trust as drafted and executed, confirmed and was consistent with her testamentary plans, that after the death of her and her husband, all three children would serve as equal trustees and share in the benefits of the trust on an equal basis.

21.     Joyce Eliason was diagnosed with lung cancer in May of 2013.

22.     Under the terms of the Joyce Eliason Trust if Max Eliason survived Joyce Eliason all assets are to be transferred to into the Marital Trust with Max Eliason, except for any necessary deductions to eliminate adverse tax consequences.   Those deductions should be transferred to the Family Trust.

23.     Despite the clear and consistently expressed intentions of Joyce Eliason, Lisa Stephens, Bryan Stephens, Craig McCullough, individually and as agent of Kirton and McConkie presented an ill Joyce Eliason a 2nd amendment to the Joyce S. Eliason Trust to sign on April 17, 2018.   The 2nd amendment is attached as Exhibit B.

24.     The 2nd amendment provided that after the death of Joyce Eliason, whether Max was surviving or not, two trusts would be created:  The Joyce Eliason Grandchildren's Trust and the Eliason Dynasty Trust.

25.     The Grandchildren Trust was to be allocated Joyce Eliason's Ameritrade IRA account 787-445953.

26.     The Dynasty trust was to be allocated Joyce Eliason's Ameritrade Account #188-191951 and all amounts owing to the Joyce S. Eliason Trust pursuant to a promissory note dated December 22, 2016.

27.     The Dynasty Trust's purpose was to loan funds to Dynasty Trust Beneficiaries in times of emergency or proven need, with no outright distributions.

28.     The second amendment also made Lisa Stephens sole trustee after the death of Joyce Eliason.

29.     This amendment should have been ineffectual, as Max Eliason remained trustee and settlor and he did not execute this amendment.

30.     Shortly after this amendment was executed, Joyce Eliason had a conversation with Plaintiff where she expressed confusion that she signed some documents and that Plaintiff should review it if he wanted some changes made.

31.     Defendant Lisa Stephens, when confronted about this issue, indicated that Joyce Eliason set up a perpetual education fund that can make small loans, and she was proud of it.

32.     Plaintiff discussed this further with Joyce Eliason who was concerned about her entire cash flow going into the Dynasty Trust and further that is not what she wanted to happen, and she wanted to change it immediately.

33.     Accordingly, on May 4, 2018, just 17 days before the death of Joyce Eliason, Joyce Eliason executed the Third Amendment to the Joyce S. Eliason Trust.  Attached as Exhibit C.

34.     The Third Amendment eliminated the Dynasty Trust, created the Joyce Eliason Grandchildren's Trust, and made Lisa Stephens sole trustee upon the death of Joyce.

35.     As before, Joyce Eliason did not have authority under the trust to make this amendment. Further, it does not appear Joyce Eliason had the mental capacity to make this amendment given her declining health and need for large amounts of morphine due to her painful condition.

36.     These amendments were made to permit Lisa Stephens, Bryan Stephens, Mark Eliason, and, upon information and belief, with the assistance of Craig McCullough and Kirton and McConkie to take control of Joyce Eliason and Max Eliason's assets and control the income in violation of their fiduciary duties to Max Eliason, Joyce Eliason and Brett Eliason.  The scheme was designed essentially to deprive Brett Eliason to access to money that would rightfully be his.  It is believed that Lisa Stephens, Bryan Stephens, Mark Eliason and Craig McCullough with the death of Joyce Eliason have liquidated assets of Max Eliason for their benefit and to the detriment of Max Eliason and the Plaintiff.

37.  Upon information and belief, in furtherance of their conspiracy, Defendants conspired to remove him as his father's power of attorney and further have formulated a scheme to limit Plaintiff's contact with his father.

38.  Upon information and belief, Plaintiff believes Defendants have altered the Joyce S. Eliason Trust document to attempt to portray that Max Eliason was not the settlor of co-trustee.

39.  Also, on October 28, 2015 Joyce Eliason executed her Last Will and Testament. Attached as Exhibit D.

40.  The will and all codicils were drafted by Craig McCullough as an agent of Kirton and McConkie. Consistent with her expressed testamentary wishes, the entire residue of her estate was to be to the Trustee of the Joyce S. Eliason Trust, which at the time of execution would be Max Eliason, her husband. Exhibit D, paragraph 4.2, page 4.

41.  Max Eliason and all 3 of her children, Brett, Lisa, and Mark, were to serve as the personal representative of her estate.

42.  On April 17, 2018, Joyce Eliason executed a second codicil to her will. See Exhibit E.

43.  Under the terms of this codicil, Lisa Stephens, was to be the sole trustee under the will.

44.  Having Joyce Eliason execute this codicil, permitted Lisa Stephens and Bryan Stephens, with the assistance of Craig McCullough and Kirton McConkie to take control of substantial assets for their own benefit, in violation of their fiduciary duties to Max Eliason, Joyce Eliason and Brett Eliason.

45.    On May 4, 2018, Lisa Stephens, Bryan Stephens, and Craig McCullough had Joyce Eliason execute her third codicil to her will, which ratified her trust amendments and second codicil. See Exhibit F.

46.    As noted previously, Joyce Eliason lacked sufficient mental capacity to execute this document due to her medical condition and necessary drug use to deal with the associated pain.

47.    This final codicil was executed in attempt for Lisa Stephens, Bryan Stephens, Mark Eliason and Craig McCullough to justify and confirm the previous efforts to gain control of assets of Joyce Eliason and Max Eliason.

48.    Joyce Eliason passed away on May 21, 2018.

49.    In her improperly acquired roles of personal representative of the Estate of Joyce Eliason and the Joyce S. Eliason Trust, Lisa Stephens has filed an application for Informal Probate of Will of Joyce Eliason. Case Number 183901323.

50.    That probate matter remains open, and no accounting of the Estate and Estate assets has been provided.   It is believed that Lisa Stephens, with the assistance of the other Defendants has obtained control of many of Joyce Eliason's assets for her own benefit.

51.    Lisa Stephens and Mark Eliason have also been made guardian of Max Eliason, and therefore, in control of his assets and personal affairs.

52.    Craig McCullough at the request of Max and Joyce Eliason drafted the 2015 Eliason Family Trust. See Attached Exhibit G.

53.    This trust is irrevocable, and the trustees were designated as Defendant Mark Dean Eliason, Defendant Lisa Stephens and Plaintiff Brett Eliason, who are also the beneficiaries.

54.    Max and Joyce Eliason transferred to the trustees' interest in Eliason Eight, LLC.

55.    Eliason Eight, LLC is a corporation to acquire, own, develop and hold real property, mostly mineral rights, and oil leases.   Max Eliason, Joyce Eliason, Lisa Stephens, Mark Eliason and Brett Eliason are members.   See Operating Agreement and Amended Articles Attached as Exhibit H.

56.    Craig McCullough at the request of Max and Joyce Eliason drafted the Eliason 2016 Trust. See Attached Exhibit I.

57.    The Trust Agreement was executed between Joyce Eliason (Settlor), Mark Eliason, Lisa Stephens, and Brett Eliason (Trustee) and Craig McCullough (Trust Protector).

58.    The Trustees are also beneficiaries of the trust.

59.    An annual accounting is to be provided for this trust.

60.    An amendment to the 2016 Trust executed December 8, 2017 requires unanimous consent of all serving Trustees to make any decision, undertake any action or execute any document affecting the trust.   This amendment was made at the request of Joyce Eliason as she wanted to make sure all three of her children were treated equally.

61.    Eliason Enterprises is a corporation to acquire own, develop and hold real property.   Max Eliason, Joyce Eliason, Lisa Stephens, Mark Eliason and Brett Eliason were members. See Operating Agreement and Amended Articles Attached as Exhibit J.

62.   Defendant McCullough, in his drafted role as Trust Protector, has improperly removed Plaintiff as a trustee in the 2016 Trust.

63.   Upon information and belief Defendants Mark Eliason, Bryan Stephens, Lisa Stephens, and Laurie Eliason, with the assistance of Craig McCullough and Kirton and McConkie improperly removed Plaintiff as a manager of Eliason Enterprises and Eliason Eight.  To perform this removal, among other things, because of the 2017 amendment to the 2016 Trust, all Trustees would have to unanimously consent to the removal of Plaintiff.   Plaintiff did not consent to this removal.

64.   Upon information and belief, Defendants Mark Eliason, Bryan Stephens, Laurie Eliason and Lisa Stephens, with the assistance of Craig McCullough and Kirton and McConkie have diverted income from Eliason Eight and Eliason Enterprises to deprive Plaintiff of income to which he was entitled, and improperly put income into the 2015 Eliason Family Trust and 2016 Eliason Family Trust for their own enrichment.

65.   Specifically, upon information and belief, Craig McCullough in his role of trust protector, has illegally removed mineral rights from Eliason Eight, LLC and put into his own charitable trust and in the 2015 and 2016 Trusts.

66.   Plaintiff has demanded information, documents, and financial records to which he is entitled, and Defendants have denied these requests.

67.   Defendant Kirton and McConkie has admitted that they have a conflict of interest and cannot represent client Max Eliason, for whom these Trusts were drafted at his request. Instead, Craig McCullough has elected to represent Lisa Stephens, a trustee against the interests of Max Eliason and fellow trustee and beneficiary Plaintiff.

68.   Eliason Eight LLC and Eliason Enterprises have improperly removed Plaintiff as a member and deprived Plaintiff of income and ownership interest to which he is entitled.

## FIRST CAUSE OF ACTION - CIVIL CONSPIRACY AGAINST ALL DEFENDANTS

69.   Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint and asserts upon information and belief.

70.   Defendants Bryan Stephens, Lisa Stephens, Mark Eliason, Laurie Eliason, Eliason Eight, LLC and Eliason Enterprises, LLC, Craig McCullough individually and as an agent of Kirton and McConkie,  starting in approximately 2013 and continuing until today, each of them knowingly and willfully conspired and agreed among themselves to wrongfully gain control of the assets of Joyce Eliason and Max Eliason, including all trusts, as well as control Eliason Enterprises, and Eliason Eight and deprive Plaintiff of income, assets and earnings to which he was entitled.

71.   The Defendants agreed in furtherance of this conspiracy to draft and have Joyce Eliason execute documents contrary to her intent, for which she had no authority, so that Lisa Stephens, Bryan Stephens, Mark Stephens, Laurie Eliason and Craig McCullough would have illegal control of the assets of Joyce Eliason, Max Eliason, Eliason Enterprises, Eliason Eight, LLC, 2015 Trust and 2016 Trust to the detriment of Plaintiff.

72.   Defendants in furtherance of their conspiracy used the legal system and have liquidated the assets of Max Eliason upon the death of Joyce Eliason instead of awaiting the death of the surviving spouse to properly distribute these assets.

73.   It is estimated that Defendants in this aspect of the conspiracy have unlawfully drained over $250 million in assets for their own benefit.

74.   Defendants in their conspiracy have also unlawfully transferred assets out of Eliason Enterprises and Eliason Eight, LLC, the 2015 Eliason Family Trust and the 2016 Eliason Family Trust for their own personal benefit.   The effect of these transfers was to deny Plaintiff income to which he was entitled as a member of the Company.

75.   Defendants in this aspect of the conspiracy also agreed to under report income from mineral rights and not provide the correct amount of income to Plaintiff.

76.   It is estimated that Defendants in this aspect of the conspiracy have improperly deprived Plaintiff of $100 million in income and assets and such damages are on-going.

77.   Plaintiff is likely entitled to even more than the stated amounts above but is unable to determine the true additional amounts due to the conspiracy and deception of Defendants.

**SECOND CAUSE OF ACTION:  THEFT AGAINST ALL DEFENDANTS**

78.   Defendants Bryan Stephens, Lisa Stephens, Mark Eliason, Eliason Enterprises, LLC, Eliason Eight, LLC and Craig McCullough individually and as an agent of Kirton and McConkie, willfully engaged in theft of property, income, and assets of Plaintiff. McConkie, willfully engaged in theft of property, income, and assets of Plaintiff.

79.   Defendants by their wrongful acts, conspired to illegally take, and did illegally take property which was rightfully owned by Plaintiff and converted such property for their own use and benefit.

80.    Defendants' wrongful acts include but are not limited to the liquidation of the assets of the Joyce S. Eliason Trust, underreporting oil royalty income, improperly transferring mineral rights away from Plaintiff, taking money from the accounts of Joyce Eliason and Max Eliason, improperly removing Plaintiff as manager of the two companies, depriving Plaintiff of income and ownership interest of the two companies, and diverting income to other sources.

81.    Plaintiff was damaged because of this theft in an amount to be determined at trial, no less than $30 million dollars.

### THIRD CAUSE OF ACTION:  BREACH OF FIDUCIARY DUTY AGAINST DEFENDANTS LISA STEPHENS, BRYAN STEPHENS, CRAIG McCULLOUGH ANDKIRTON AND McCONKIE

82.    Plaintiff restates and incorporates by this reference all preceding paragraphs of this complaint and asserts upon information and belief.  Joyce Eliason and Max Eliason retained Craig McCullough and Kirton McConkie for estate planning purposes including the drafting and creation of wills and trusts.  McCullough and Kirton and McConkie owed a fiduciary duty to these two individuals based on the attorney client relationship.

83.    Craig McCullough, as an agent of Kirton and McConkie drafted amendments to the Joyce Eliason Trust in violation of the terms of the trust and against the interests of Max Eliason.

84.    Craig McCullough, as an agent of Kirton and McConkie, presented documents for Joyce Eliason to sign that did not conform to her wishes, and at times she was incapable of signing these documents.

85.    Craig McCullough, as an agent of Kirton and McConkie, owed a duty to the intended beneficiaries to any trusts and the trustees, which included Plaintiff.

86.    Craig McCullough and Kirton and McConkie breached their fiduciary duty to Plaintiff by its actions which allowed Defendants Lisa Stephens, Bryan Stephens, Mark Eliason, Laurie Eliason, and Craig McCullough to improperly control the assets of the trusts, the estates, and companies to the detriment of Plaintiff.

87.    Craig McCullough and Kirton and McConkie continue to represent Lisa Stephens in conflict of the interests of its former clients on the same transactions Max Eliason and Plaintiff.

88.    Defendant Bryan Stephens prepared tax returns for the 2015 Eliason Family Trust, 2016 Eliason Family Trust, Eliason Enterprises, and Eliason Eight, LLC.

89.    In that role, at a minimum Bryan Stephens owed a fiduciary duty to the members of the corporations.  Plaintiff was a member of those corporations.

90.    In his role as an accountant Bryan Stephens breached his fiduciary duty to Plaintiff by assisting in the diversion of assets, income, underreporting of income and depriving Plaintiff of his economic entitlements.

91.    Defendant Lisa Stephens as trustee owed a fiduciary duty to Plaintiff as a beneficiary of the trusts and the estates, and fellow member of the company.

92.    Defendant Lisa Stephens breached her fiduciary duties to Plaintiff by diversion of assets, income and underreporting of income and depriving Plaintiff of his economic entitlements.

93.    Plaintiff was damaged because of these breaches of fiduciary duties to be determined at trial, no less than $100 million dollars.

## FOURTH CAUSE OF ACTION:  INTENTIONAL AND OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS

94.    Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint and asserts upon information and belief.

95.    Defendants acted intentionally, recklessly, or negligently in their actions towards Plaintiff.

96.    Defendants conduct was extreme and outrageous.

97.    As a result of Defendants' actions Plaintiff suffered severe emotional distress.

98.    Plaintiff's damages for the emotional distress he incurred will be determined at trial.

## FIFTH CAUSE OF ACTION:  REQUEST FOR ACCOUNTING AGAINST ALL DEFENDANTS

99.    Plaintiff restates and incorporates by this reference all preceding paragraphs of this complaint.

100.    Plaintiff states that Lisa Stephens has been acting as trustee of the 2015 Trust, 2016 Trust, Joyce S. Eliason Trust, Max D. Eliason Trust and the Estate of Joyce Eliason and as guardian of Max Eliason.  Similarly, Craig McCullough as an agent and employee of Kirton McConkie has been improperly acting as Trust Protector.

101.  Plaintiff is a beneficiary of these trusts, and therefore Defendants owe a fiduciary duty to Plaintiff.

102.  Plaintiff believes that Defendants have been engaging in malfeasance and/or fraud as related to trust duties.

103.  Bryan Stephens was the accountant for the 2015 Trust, 2016 Trust, Joyce S. Eliason Trust, Eliason Enterprises and Eliason Eight, LLC.

104.  Plaintiff is a beneficiary under that trust and a member of the two corporations, and therefore Bryan Stephens owes Plaintiff a fiduciary duty.

105.  Defendants have repeatedly breached their fiduciary duties to Plaintiff and failed to provide Plaintiff with relevant information regarding money owed to him and distribution of assets.

106.  No demand and/or refusal is required because of the fiduciary nature of the relationship between Plaintiff and these Defendants, which require these Defendants to provide full and complete disclosure to Plaintiff of all pertinent facts.

107.  These Defendants should be required to account to Plaintiff for all income and disbursements related to these trusts, estates, and corporations.  Therefore, Plaintiff seeks a full forensic accounting of these trusts, estates, companies, and any assets, businesses, property, rights, remunerations, accounts in any way related to the same or at any time involving Max D. Eliason or Joyce S. Eliason, The Joyce S. Eliason Trust, The Max D. Eliason Trust, the 2015 Trust, the 2016 Trust, Eliason Eight and Eliason Enterprises.

108.   Plaintiff was damaged because of this failure of accounting to be determined at trial, no less than $100 million dollars.

### SIXTH CAUSE OF ACTION:  TORTIOUS INTERFERENCE WITH ECONOMIC RELATIONS AGAINST MARK ELIASON, LISA STEPHENS, CRAIG McCULLOUGH AND KIRTON AND McCONKIE

109.   Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint and asserts upon information and belief.

110.   Defendants Mark Eliason, Bryan Stephens, Lisa Stephens, and Craig McCullough, individually and as agent of Kirton and McConkie, were aware of a business relationship between Plaintiff and his business partners, the Bairs, to form and operate a business, My 3-D Me, LLC.

111.   These Defendants willfully acted to prevent Plaintiff from successfully establishing this business and maintaining Plaintiff's business relationship with the Bairs.

112.   These Defendants acted to deprive Plaintiff of his rightful income of more than $200,000 a month from the companies and trusts resulting in the failure of the business.

113.   These Defendants worked with Plaintiff's business partners by arranging for the taking of equipment and sabotaging the proposed retail outlet which was to open in March of 2018.

114.   Plaintiff was damaged because of this tortious interference with economic relations in an amount to be determined at trial, and no less than $100 million dollars.

### SEVENTH CAUSE OF ACTION:  DECLARATORY JUDGMENT ACTION TO DETERMINE TRUSTEE OF TRUSTS AND ESTATES, TRUST PROTECTOR, AND ATTORNEYS FOR THE SAME AGAINST ALL DEFENDANTS

115.   Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint

116.   This Court has authority to enter a declaratory judgment pursuant to Utah Code Ann. §78B-6-401 *et. seq.*

117.   Plaintiff and Defendant Lisa Stephens dispute the terms of the trust agreements and wills, and who is the proper trustee under the trusts and the Last Will and Testament of Joyce Eliason. 119. Plaintiff states that Max Eliason is the trustee under the Joyce Eliason and Max Eliason trusts.

118.   If Max Eliason is deemed incompetent, all 3 children:  Brett Eliason, Defendant Lisa Stephens and Mark Eliason are the trustee.

119.   Under the 2015 and 2016 Eliason Family Trusts, all 3 children are to be Trustees.

120.   For the Estate of Joyce S. Eliason, all 3 children are to be the Trustees.

121.   Lisa Stephens is acting as sole trustee under all these instruments, and Craig McCullough has been serving as a trust protector.

122.   The Court in its discretion may declare that due to the malfeasance of Defendants, independent trustees, trust protector, and attorneys should be appointed for all the trusts, the Estate of Joyce S. Eliason, and for Max Eliason as well as an independent attorney to represent Max Eliason's interests.

## EIGHTH CAUSE OF ACTION:  CLAIM FOR PUNITIVE DAMAGES AGAINST ALL DEFENDANTS

123.  Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint. The acts and omissions of Defendants with respect to the financial issues in this Complaint were intentional, willful, and malicious, outrageous, and manifest a knowing and reckless indifference toward the rights of Plaintiff.

124.  Plaintiff is entitled to the maximum award of punitive damages allowed by Utah law.

## NINTH CAUSE OF ACTION:  CLAIM FOR VIOLATION OF DUTIES AS TRUSTEE AGAINST LISA STEPHENS

125.  Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint.

126.  Lisa Stephens as trustee of the 2015 Eliason Family Trust, 2016 Eliason Trust, the Joyce S. Eliason Trust, The Estate of Joyce Eliason and for Max Eliason has a common law and statutory duty under Utah Code Section 75-7-105 to act in good faith and in accordance with the purposes of the Trusts

127.  Lisa Stephens in her role as trustee had a requirement that the trust and the terms of the trust be for the benefit of the trust's beneficiaries.

128.  Lisa Stephens has breached these duties in her administration of the Trust to not benefit Plaintiff, a beneficiary of the Trusts.

129.  Lisa Stephens has engaged in self-dealing and for her own benefit in the role of trustee.

130.   As a result of the violation of her duties as a Trustee, Plaintiff has been damaged in an amount to be determined at trial, and no less than $100 Million Dollars.


**TENTH CAUSE OF ACTION:  CLAIM FOR CONFLICT OF INTEREST AGAINST CRAIG McCULLOUGH AND KIRTON AND MCCONKIE**

131.   Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint and asserts upon information and belief.

132.   Defendants Craig McCullough and Kirton and McConkie as counsel for the trusts of Joyce Eliason and Max Eliason owed a duty to Plaintiff as a beneficiary under the trusts. 139. Defendants Craig McCullough and Kirton and McConkie as an attorney for the Eliason Eight, LLC and Eliason Enterprises, owed a duty to Plaintiff as a manager of these companies.

133.   Defendants Craig McCullough and Kirton and McConkie, by representing these Defendants and the Trusts, against Plaintiff have engaged in an impermissible conflict of interest in violation of their ethical rules.

134.   As a result of this conflict of interest, Plaintiff has been damaged in an amount to be determined at trial, and no less than $30 Million Dollars.

135.   In addition, this Court should disqualify Kirton and McConkie and any of its attorneys from representing Craig McCullough, Kirton and McConkie, Lisa Stephens and Bryan Stephens, Mark Eliason, Laurie Eliason, Eliason Eight, LLC and Eliason Enterprises, LLC.

**ELEVENTH CAUSE OF ACTION:  CLAIM FOR NEGLIGENCE AGAINST LISA STEPHENS, BRYAN STEPHENS, CRAIG McCULLOUGH AND KIRTON AND McCONKIE**

136.    Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint and asserts upon information and belief.

137.    Defendant Bryan Stephens as an accountant for the Trusts and the Eliason companies owed a duty to Plaintiff to perform accounting services above the applicable standard of care.  Defendant Bryan Stephens owed this duty because Plaintiff was a beneficiary of the trusts and a member of the company

138.    Defendant Lisa Stephens as trustee for the trusts and estates owed a duty to Plaintiff to administer the trusts and estates above the applicable standard of care.  Defendant Lisa Stephens owed this duty to Plaintiff because Plaintiff was a beneficiary under the Trust.

139.    Defendants Craig McCullough and Kirton and McConkie as attorneys for the Trusts and the Estate of Joyce Eliason and the Companies owed a duty to Plaintiff to perform their legal services above the applicable standard of care.   These Defendants owed this duty to Plaintiff because Plaintiff is a beneficiary under the trusts and Estate and a member of the companies.

140.    Defendant Bryan Stephens breached this duty by performing his accounting services in a negligent manner and to the detriment of Plaintiff.    Defendant Bryan Stephens' negligence included the diverting of income from Plaintiff, underreporting income, and diverting income for other purposes for the benefit of Plaintiffs.

Lisa Stephens to become sole Trustee to the detriment of Plaintiff, having Joyce Eliason execute documents against her testamentary wishes which also was to the detriment of Plaintiff, removing Plaintiff as a trustee when Plaintiff tried to protect his interests by requesting an accounting, assisting in improperly removing Plaintiff as a manager of the two companies and otherwise assisting in depriving Plaintiff of income and assets to which he was entitled.

143.   Plaintiff was damaged because of this negligence in an amount to be determined at trial, and no less than $100 million dollars.

### TWELFTH CLAIM FOR VICARIOUS LIABILITY AGAINST ALL DEFENDANTS

144.   Plaintiff restates and incorporates by this reference all preceding paragraphs of this Complaint and asserts upon information and belief.

145.   In addition to their separate, individual, and direct acts and omissions, Defendants acted for and on behalf of each other as agents, employees, attorneys, and/or representatives,

141.    Defendant Lisa Stephens breached her duties to Plaintiff by negligently performing her administrative services as Trustee of the various trusts and estates to the detriment of Plaintiff.    Defendant Lisa Stephens' negligence included self-dealing, improperly liquidating assets to the detriment of Plaintiff, assisting in the diversion of income and assets from the Plaintiff.

142.    Defendants Craig McCullough and Kirton and McConkie breached their duties to Plaintiff by negligently performing their legal services to the detriment of Plaintiff.    These Defendants' negligence included altering trust documents to improperly allow Defendant

in concert with one another and with the authority and agency to do so and within the course and scope of their respective relationships.

146.    As a result, thereof, in addition to their separate, direct, and individual liability, Defendants are vicariously liable (through respondeat superior and all other potential theories) for the acts or omissions or each other.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for a judgment against Defendants, jointly and severally, as follows:

1. An accounting for all income and disbursements related to the Joyce S. Eliason Trust, Max D. Eliason Trust, The Estate of Joyce Eliason, the guardianship of Max Eliason, the 2015 Eliason Family Trust, the 2016 Eliason Family Trust, Eliason Enterprises, LLC and Eliason Eight, LLC, and any assets, businesses, property, rights, remunerations, accounts in any way related to the same or at any time involving Max D. Eliason or Joyce S. Eliason.

2. An order declaring that Kirton and McConkie, and all its attorneys are disqualified from representing any of the Defendants in this action due to their impermissible conflict of interest.

3. Compensatory, special, and general damages to be determined at trial, not less than $250 million dollars representing the estimated value of the embezzled estate of Max and Joyce Eliason.

4. The assignment of this matter to a federal prosecuting attorney.

5. Plaintiff requests any further relief that the Court deems just and equitable.

Kylie M Eliason, Trustee and Beneficiary

Brittnie L Eliason, Beneficiary

# EXHIBIT A

Copy of first few pages written by plaintiff seeking the involvement of the trump administration in bringing justice to the criminals as described in the thousands of pages filed in the related matters to this case over the past six years and counting.

# DEAR PRESIDENT TRUMP

## I AM AGRIEVED...

BRETT L. ELIASON



# *Dedication*

*To All Victims of Corruption; May You Find Justice for All...*

# Author's Note

*The first Amendment of the US Constitution not only grants citizens the right to freedom of speech, but also the ability to redress the government with grievances. My question to President Trump and all political leaders is to clarify exactly how one is to do this, when the corruption within the Department of Justice has climbed to the very top of the "home of the brave the land of the free."*

*I write this book as not only a cry for help, but as a demand for justice. My family is being subjected to the worst form of retaliatory assaults ever witnessed, and carried out under the direction of LDS Church leaders and their law firm, Kirton McConkie. The community will never read about this in any newspapers due to the unprecedented level of censorship and false news designed to hide even the most blatant crimes imaginable. It has been removed from platforms such as Tik Tok, Facebook, and Reddit, with claims it is "against community standards" or in other words, the guilty are being protected from the innocent.*

*Why is the story of my family being censored in such a way that it is reminiscent of Nazi Germany? Because justice being served in this case likely means the end of the Mormon Church, and sending dozens of corrupt lawyers, judges, and politicians to jail for their ongoing participation in what I refer to as "Templegate" which makes "Watergate" seem as important as a parking ticket.*

*For you see, one of the Sr. Partners of Kirton McConkie has embezzled the $250 million dollar estate of my parents, Max, and Joyce Eliason, while making himself the beneficiary of tens of millions of dollars of missing real estate and oil properties. And after this crime was admitted to by the defendants, they named the lawyer "Estate Planning Attorney of the Year" rather than send him to prison where he and the other parties now belong. The number of the associated felony crimes which continue to be committed would make Al Capone and his gangsters blush with envy.*

*All my family's civil rights are being violated, including our right to free speech and even a hearing or a jury trial. The United States Department of Justice was notified of these crimes in March of 2019 including President Biden and Merrick Garland as the Attorney General of the United States, and yet every plea for justice has gone unheard and will continue to do so unless honest politicians in power intervene.*



### PREFACE

# The Greatest Story of Lies Never Told

I have compiled the information herein with urgency to expose a vast web of corruption, which fulfills an LDS church prophecy regarding the last days. This prophecy foretold that a secret elite society called The Gadianton Robbers would deny the laws of both God and man while infiltrating leadership positions in both church and state. Included in the prophesies is a statement from Joseph Smith, the founder of the church, who stated the entire government would eventually become a mob.

The leaders of the Church of Jesus Christ of Latter-day Saints are concealing over 50 felony crimes and violations under the RICO Act of 1970. These crimes implicate members of the church and the United States Department of Justice, who refuse to uphold the Constitution since the ramifications of this case could bring this major world religion to its knees, while exposing the next prophet to be as nothing more than a crook.

The evidence within this case should cause "shock and awe" for those who are on "team God" with the undeniable evidence the Church's law firm of Kirton McConkie has developed a business model which includes embezzling the assets of the estates they have been paid to protect. The aggravating circumstances in this case which drives the refusal of the Department of Justice to prosecute this matter, is due to Corporate Liability, which extends the criminal liability to the highest level of the Church, which includes the LDS Prophet, Russel M Nelson.

In fact, under the rule of Vicarious Liability, every person associated with this ongoing cover-up including the First Presidency and the entire Quorum of Twelve Apostles of the LDS Church are to be held accountable for these alleged crimes as if they were the "getaway car drivers." Rather than "choosing the right" as is taught to the Mormon youth in Primary, the defendants have launched an unprecedented series of retaliatory crimes against their victims which redefine corruption and hypocrisy.

Former church prophet Ezra Taft Benson once said that his biggest fear was that members of the Priesthood would be "asleep" when the time came for them to stand up for their freedoms, and I am here to inform them it is time to "awaken to your awful state" as was spoken of in 3 Nephi of the Book of Mormon. I can also assure the members of the church that they have no idea what lies there are behind the veil of their holy temples. They have been taught that the church leaders would never be led astray, in complete contradiction with the New Testament's warning of false prophets and apostles who would appear as wolves in sheep's' clothing, and this is exactly what has happened.

Anyone who wants to analyze the truth behind some of the blaring issues surrounding the LDS Church include not only the concealment of child abuse and satanic rituals, but also the blatant refusal to

disclose what is being done with the hundreds of billions of dollars which it has collected over the past few decades. If the members realized the micro percentage of their donations which go to charitable organizations, they would cease paying their tithing and demand a refund for all the monies paid by them and their ancestors.

After researching the past of President Oaks over the past several years, is easy to conclude this man is not who he claims to be, and certainly not a man of God. Both him and Russel M Nelson as the current prophet of the LDS religion have deep ties to "deep state," and my story will prove it. He is a former CIA operative, who worked under both Bush Administrations, and was nominated to the Supreme Court without ever having served as a judge. He and Russel Nelson were appointed to serve as apostles together, and were known friends prior to this calling. Their placement without either of them ever holding a prominent position within the church or even serving a mission.

In fact, President Oaks was an attorney who worked with Standard Oil while working for the law firm of Kirkland Ellis in Chicago, which was shut down by the government for being found guilty of secretly supplying the Nazis with oil during World War II. He attended Rockefeller University with ties to John D Rockefeller, the founder of the United Nations and a leader of the Illuminati. President Ezra Taft Benson actually fired brother Oaks as president of BYU for his extreme political views which was just prior to him being named as a member of the Quorum of the Twelve Apostles.

It is a known fact that both Bush presidents were members of the secret society known as the Skulls, who each have sworn an oath to protect their "brothers under the skin" before they perform the duties of their high positions in this country. who are both members of the secret society known as the Skull and Bones. The evidence points to the fact these con-artists were hand-picked in secrecy with the intention of taking control of the Mormon Empire, and its unprecedented cash flow by a world religion.

Members of the Church and of the entire community should recognize that all tithes and offerings paid to the Corporation of the President of the Church of Jesus Christ of Latter-day Saints have been embezzled from the Church itself, and are being diverted to fulfill the secret elite society's ambitions of world domination. Whereas the church has a tax-exempt status with no transparency or reporting required, I believe this entity has become the perfect clearing house for the ultra-rich families such as the Rockefellers and the Rothschilds to launder their money free of taxes.

These corrupt political and religious leaders walk the streets fearless of being prosecuted, as is evidenced by the concealment of the largest theft in US history with the $250 million dollar embezzlement of my parents' estate. One of the reasons Nazi Germany lost the war, was due to its failure to acquire oil to supply their war machine, and this is why this group of thugs has targeted my family's estate rich in oil properties. My story is not a conspiracy theory, it is a conspiracy fact which the defendants have not even tried to refute, and there is nobody who will force them to unless it be President Trump.

This story is not just about financial embezzlement; it is about a systematic and deliberate attempt to control and manipulate both the church and the state. The church's leadership is orchestrating a grand

scheme of deceit, using their positions of authority to conceal their crimes. The evidence presented in this case highlights a chilling reality where religious leaders exploit their followers' faith and trust for personal gain and power.

The Rico Act of 1970 was designed to combat organized crime, and the allegations against the church fit this definition perfectly. The leaders are engaging in a pattern of illegal activities, including money laundering, fraud, and all other forms of racketeering including the murder of my parents to further hide the evidence against them. These crimes are not just financial; they represent a moral and ethical breach of the highest order, betraying the trust of millions of faithful followers, and those who believe the United States is still a democracy.

My story also exemplifies the extent to which the church will go to silence dissent and protect its interests, while using tactics which mirror those used by secret societies when they seek retribution against members who turn against them. This has included filing false complaints against me to Adult Protective Services, labeling me as a vexatious litigant for demanding statutory accounting, and destroying my livelihood while committing forgery and the falsification of court documents.

When my father realized what had happened to his estate, he demanded a meeting with the management of Kirton McConkie, who immediately had him deemed incompetent and alienated him from me under what should be seen as the sickest form of house arrest. This was a clear violation of his constitutional rights, and continued right up to his suspicious death on October 23rd, 2024. Some of the last words he said to me was "Prison is too good for them," and anyone who understands this will certainly agree unless they themselves are defendants in the case. And this is coming from the leaders of the church which preach "families are forever?"

These retaliatory actions were orchestrated by Dallin Oaks as a member of the Board of Directors of Kirton McConkie, and began immediately following the law firm's admission of guilt to an "undisclosed conflict of interest" claiming my father needed to sue them to protect his rights. And this coming from the law firm my parents had paid millions to represent them as the definition of sinister and dark designs plot to rob their wealthy clients blind.

In Dallin's position of a former Utah Supreme Court judge with an expertise in estate planning, he certainly understands the severity of the crimes which have been committed, which includes draining over $40 million in cash flow over the past several years and removing the valuable mineral rights my parents owned. His actions are considered a direct response in attempting to conceal the truth, and highlights the lengths to which the church will go to maintain its facade of righteousness. The law firm of Kirton McConkie and the leaders of the LDS Church sit in "checkmate," and yet there are no judges who will enforce the rules of the game.

This story is a wake-up call for all those who believe in justice, democracy, and the rule of law. It is a reminder that no institution, regardless of its size or influence, is above the law. The allegations against the Church of Jesus Christ of Latter-day Saints are a stark reminder of the dangers of unchecked power

and the importance of holding leaders accountable for their actions. The evidence within this case should cause "shock and awe" for those who are on "team God." The church is buying influence in the state with embezzled funds and compromising the integrity of our most trusted institutions. This is democracy hanging by a thread which was predicted in LDS scripture, and the only way to save it is to expose the truth and hold those responsible accountable for the countless crimes being committed.

The population of the entire world should tremble at the designs of theses secret societies such as the "Skulls," and all other similar entities such as the Free Masons and the Illuminati, who believe they are so far above the "peasants" of the earth, that they have the right to take whatever they want, knowing they are protected by government agencies such as the Department of Justice.

Included in my research was the discovery of the memoirs of former CIA agent Joseph Spencer, who exposed on his deathbed that "The New World Order" elite individuals would be launching a pandemic a year before Covid-19 first appeared. His words also implied this was part of a mass human extinction plan of the United Nations, with reports their ideal population on earth should be somewhere close to 500,000. This means that there are potential planned attacks on major cities of the world, using undisclosed levels of technology such as drones and man-made UFO's as per Project Blue Beam.

Anyone who understands this plan and does nothing, should not cry foul when they are assaulted viciously such as my family, or mourn the death of loved ones due to the dark clouds of darkness which sit ominously on the horizon of humanity. There have been over 40 state and federal judges who are fully aware of these ongoing crimes, and yet have chosen to join the criminal efforts to silence the voices of the victims they swore an oath to protect. I ask myself each day what price was paid for their godless souls.

The United States Department of Justice has a duty to uphold the Constitution and investigate these allegations. The evidence presented in this case is overwhelming and cannot be ignored. Every day that passes without action is a day that justice is denied, and the perpetrators of these crimes continue to operate with impunity. Even without this conspiracy theory, Oaks is to be held accountable for the embezzlement of my parents' estate, which by itself warrants a mandated disclosure of what has happened to my parents 'estate, so why isn't anyone in power doing so?

The founding fathers of this "One Nation Under God" specifically addressed the need for a separation of church and state. The matter associated with my case against the Church and the Department of Justice exposes the divine inspiration behind these statements. The evidence is irrefutable, and the need for the public to fight for their rights and freedoms has never been more important than now, but this will only happen if enough people in power recognize what is happening before the eyes of humanity, and take the immediate action necessary to expose this flagrant injustice.

President Trump was accused of "abuse of power" in December of 2019 for telling a person "You're fired" following an unacceptable performance. How is it that he had no right to do this as the President of the United States, the leader of the executive branch of government, and the commander-in-chief of

the military? The irony in that motion to impeach the President is the fact that it was prosecuted by the United States Attorney General William Barr and Senator Mitt Romney from Utah who are also suspected members of the corruption found in the "Deep State."

Romney claimed his conscience forced him to go against his own Republican Party and vote to impeach the President, citing his "righteous" upbringing and the need to respect the laws of impartiality. The irony in this circus and shameful behavior is the fact that there was a criminal complaint filed in the Utah Third District Court in the same week of December against President Dallin H. Oaks for "abuse of power." This complaint included over 50 felony allegations for which neither he nor the leaders of the LDS Church have been forced to respond to, and I ask them where is the real abuse of power?

My story is a wake-up call for all those who believe in justice, democracy, and the rule of law. It is a reminder that no institution, regardless of its size or influence, is above the law. The allegations against the Church of Jesus Christ of Latter-day Saints are a stark reminder of the dangers of unchecked power and the importance of holding leaders accountable for their actions. I would ask each person who reads this what they can do to help this cause and see it for what it is; the most important fight to preserve the Constitution since the beginning of our great nation.



CHAPTER ONE

# Dear President Trump: I Am Aggrieved

President Trump,

I am compelled to exercise my First Amendment right to address the government with grievances, necessitating direct communication with you as the leader of the Executive Branch of the government and the Commander-In-Chief. My family and I are facing ongoing retaliation by both the leaders of the Department of Justice, and of the LDS Church. This retaliation stems from a clandestine elite society bent on subverting democracy and instituting tyranny of which I am certain you are aware.

Their aim is nothing short of committing treason and perpetrating crimes against humanity. Those who criticize your administration are either ignorant of the truth or accomplices in these heinous attacks on society. This society which we know as the New World Order, has infiltrated both the political and religious spheres in the United States. It is believed the recent attack on Los Angeles is but the beginning of what is to follow.

I assure you that the best way to expose these leaders of the occult which seek to control this world, is to audit the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, and trace the hundreds of billions of dollars which have flowed through it since Dallin Oaks took charge in 1984. The case which has been filed against the Church and the Department of Justice, opens the door for this much needed investigation.

This should be a call to arms to safeguard our democracy and shield Americans from the corrupt secret society of selfish, satanic elites seeking to manipulate and harm them. My accusations against the defendants extend beyond financial misconduct to encompass a wide array of perilous and seditious criminal activities jeopardizing the bedrock of our democratic society. Utilizing ill-gotten gains from embezzlement, fraud, and manipulation, the church seeks to sway political outcomes and subverting the democratic process. Such egregious transgressions demand swift and resolute accountability.

My father, Max D. Eliason, along with myself and my late mother, Joyce D. Eliason, have fallen victim to this systemic corruption. All evidence in this case points to the pre-mediated murder of my parents which was necessary to collect life insurance proceeds which was placed on my mother fraudulently, and to euthanize my father so the defendants no longer had to explain why they were not representing him as their attorneys. Are there deaths any less important to investigate than a wealthy CEO of United Health Care, just because they were old and considered to no longer have the same rights as any other citizen of the United States?

There are prominent attorneys in this matter who should be on death row for what they have done instead of being allowed to commit this same crime again and again. I believe that if the founding fathers were still alive, they would have initiated a revolution against those in charge for their treasonous behavior and refusal to uphold the Constitution, and I think most people would agree. It is this type of leadership which resulted in the French Revolution, and the overthrow of the entire government and the elite members of society who were contributing to this form of corruption.

I am certain you responded to every complaint filed against you erroneously in court as per the laws of the United States. So how is it that the dozens of defendants in my case against the church and state have not been required to answer the allegations against them in the 40+ complaints filed against them over the past six years and counting? It feels no different to me and my family than if we dialed 911 years ago, and we are still waiting for first responders to come.

I learned very quickly that filing charges against anyone involved in this ongoing conspiracy is futile, as each are being protected by the State of Utah and the Department of Justice. When I made pleas to the District Attorney and various judges for assistance in stopping even an attempted murder by my business partner who is an accomplice in these crimes, it was me who was arrested and charged with a third-degree felony for electronic harassment and stalking, for simple pleading for help and justice. Does this not sound like Nazi Germany to you, and any of the other readers of this manuscript? The irony is palpable: despite being the victim of a home invasion and attempted murder, I find myself branded as the perpetrator.

The church's reprehensible deeds, including financial malfeasance and fraud, constitute a profound breach of trust with its membership. Those responsible must be held culpable for their actions and the members need to quit thinking their leaders cannot become criminals meriting prison, and to stop holding criminals high upon their pedestal. A spade must be called a spade, and a fraud must be called a fraud. You possess both the authority and the obligation to act against these criminals, and to regard this matter as a threat to national security. The evidence is incontrovertible, and the imperative for justice is pressing. By exposing and addressing this corruption, you can safeguard our democracy and ensure the perpetrators of these heinous crimes face justice.

As a proud descendant of Mormon pioneer ancestors, I feel compelled to state that I am not questioning anyone's belief system, but rather am giving an admonition the members "awaken to their awful state" was warned would happen by our own scriptures. What could be a more awful state than to realize the church was taken over by the secret satanic societies many decades ago with the appointment of Russel Nelson and Dallin Oaks in 1984.

My ancestors, whose legacy echoes through the ages, would surely decry the soulless leadership that currently presides over our institution. It is evident that false prophets and apostles exist in this story, and why should any Christians deny what has been foretold would happen before the end of times. If we uphold the belief that God remains unchanged through time, as stated in 2 Nephi 27:23 and Hebrews 13:8, then it follows that there is only one true God, and one true gospel.

40

This gospel was laid out by Christ, and summarized by the Sermon on the Mount and the Ten Commandments. Anything diverging from the teachings of His son, Jesus Christ, must be deemed false changes in his teachings, and should be rejected by those who should be able to recognize the criminality of this matter. "No man can serve two masters... you cannot serve God and Mammon" (Matthew 6:24), and yet that is exactly what the LDS Church leaders are doing.

The corporate officers and leaders of the Church of Jesus Christ of Latter-day Saints stand accused of heinous crimes, evading accountability at every turn. They betray not only their God but also their country and individuals like my parents and my entire family. How can the faithful members of our church not be troubled by the fact that their leaders not only shun the truth but recoil from it, unable to face even the simplest question without fear of indictment? Even the God of Dallin Oaks cannot hide these crimes for long, and how anyone can believe he is inspired by God, deserves him as their next prophet and spiritual leader.

So, what are some of my primary concerns and grievances President Trump?

1. I am aggrieved I must write a book hoping to make my story known especially when it concerns the largest theft in US history, and exposes not only Deep State, but Deep Church as well.
2. I am aggrieved that at the current direction this country is going, every soul that sacrificed their lives in the pursuit of democracy was done in vain.
3. I am aggrieved that there is sufficient evidence to prove my parents were murdered with an overdose of morphine, and yet nobody in the State of Utah or the Department of Justice will order an investigation.
4. I am aggrieved that serial killers such as Ted Bundy and Jeffrey Dahmer were afforded a hearing and a jury trial, and yet my family is being denied this constitutional right because the defendants are already guilty before they open their corrupt mouths.
5. I am aggrieved that when I filed a complaint to the court and to the office of the district attorney, that it was me who was charged with 3rd degree electronic stalking and am now the one considered a criminal for telling the truth.
6. I am aggrieved that many of the citizens of the United States have yet to discover we have no more rights than the victims did in Nazi Germany.
7. I am aggrieved to find that in today's society, lying and cheating and stealing have become the primary ingredients of the perfect business model.
8. I am aggrieved that hundreds of attorneys, judges, and politicians know the unprecedented corruption within the LDS Church, and yet nothing is being done to stop it.

**STATEMENT OF TRUTH #1**

The law firm of Kirton McConkie lied to and deceived Max and Joyce Eliason into believing they represented them, and who has accepted millions of dollars in legal fees while refusing to provide accounting or even copies of the fraudulent trusts which were prepared. This is not just an allegation; it is a provable fact to which the defendants have never denied culpability.

**STATEMENT OF TRUTH #2**

Kirton McConkie admitted guilt to their "undisclosed conflict of interest" on February 11th, 2019, told my father to sue them, and then proceeded to drain millions of dollars from his accounts and had him deemed incompetent so he was unable to secure counsel and take them to court.

**STATEMENT OF TRUTH #3**

The State of Utah and the United States Department of Justice refuse to prosecute the known felons at large, due to the unprecedented damage the exposure would have against this world religion and the associated ties to "deep state" and the illuminati.

**STATEMENT OF TRUTH #4**

My family is being denied each of our civil rights, which include freedom of speech, and the right to a hearing or a jury trial, thereby undermining democracy and protecting the guilty from the innocent.

**STATEMENT OF TRUTH #5**

If the government and the judicial system refuse to prosecute these criminals for the crimes they have committed, there would be a precedent set in our society which will have no limits, and will entice countless other corrupt attorneys and judges to commit these same crimes.


Indeed, the following statement made by Ann Rand sums up this situation perfectly:

**"When the law no longer protects you from the corrupt, but protects the corrupt from you, you know your nation is doomed."**

Within the plan to "Make America Great Again," is the obligation by every citizen and politician to stand and fight for the democracy which has clearly been lost through decades of corruption which has been building since this nation was created. There has never been a more solemn moment in history where our freedoms have been removed one corrupt leader at a time, and it should now be considered "Go Time!"