# EXHIBIT #1

The Order of the Court is stated below:
Dated: March 11, 2024        /s/  KARA PETTIT
        09:50:24 AM          District Court Judge

3RD DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH

| IN THE MATTER OF THE TRUST OF | RULING |
|---|---|
| MAX D ELIASON | RULE 83 VEXATIOUS LITIGANT ORDER |
| | Case No: 233902534 |
| | Judge: KARA PETTIT |
| | Date: March 9, 2024 |

Before the court is Defendants' Kirton McConkie PC, Craig McCullough, Lisa Stephens, Bryan Stephens, and The Corporation of the President of The Church of Jesus Christ of Latter-day Saints Motion to Declare Brett L. Eliason a Vexatious Litigant, which has been fully briefed and was submitted to the court for decision on 1/16/24, and submitted again for decision on 2/13/24 after the stay was lifted upon the presiding judge's denial of Petitioner's 1/16/24 motion to recuse this court. (Mark Eliason, Laurie Eliason and Eliason Enterprises, LLC also were listed as movants, but they are not named as defendants in the amended complaint filed on 12/11/23, and thus, are not parties in the action before this court.)

Pursuant to Rule 83 of the Utah Rules of Civil Procedure, the court may "on its own motion or on the motion of any party, enter an order requiring a vexatious litigant to:
(1) furnish security to assure payment of the moving party's reasonable expenses, costs and, if authorized, attorney fees incurred in a pending action;
(2) obtain legal counsel before proceeding in a pending action;
(3) obtain legal counsel before filing any future claim for relief;
(4) abide by a prefiling order requiring the vexatious litigant to obtain leave of the court before filing any paper, pleading, or motion in a pending action;
(5) abide by a prefiling order requiring the vexatious litigant to obtain leave of the court before filing any future claim for relief in any court; or
(6) take any other action reasonably necessary to curb the vexatious litigant's abusive conduct."

Utah R. Civ. P. Rule 83(c).

"Prior to entering an order under subparagraph (b), the court must find by clear and convincing evidence that:
(A) the party subject to the order is a vexatious litigant; and
(B) there is no reasonable probability that the vexatious litigant will prevail on the claim."

Utah R. Civ. P. Rule 83(c).

1.THE COURT FINDS BY CLEAR AND CONVINCING EVIDENCE BRETT ELIASON IS A VEXATIOUS LITIGANT:

The court "may find a person to be a 'vexatious litigant' if the person, with or without legal representation ... (B) After a claim for relief or an issue of fact or law in the claim has been finally determined, the person two or more additional times re-litigates or attempts to re-litigate the claim, the issue of fact or law, or the validity of the determination against the same party in whose favor the claim or issue was determined."  Utah R. Civ. P. Rule 83(1)(B).

03-11-2024 09:50 AM                                    Page 1 of 7

This ruling made by Judge Petit in and of itself is not only slanderous and evil, it is also one more count of Aiding and Abetting and Obstructing Justice. If she is going to tell lies about me, I will tell the truth about her, and I would much rather be in my position than in hers.

In a subsequent objection I filed to this decision, I reminded her that it should not be considered litigation if all that is asked for is an accounting to which I am entitled to by law. In addition, the complaint has been filed on behalf of my father as a protected person and my daughters as beneficiaries with my name not even appearing as a plaintiff.

## JUDGE RITA CORNISH



As stated before, and will be explained in detail in a later chapter; Kirton McConkie's criminal actions included evicting me from my own home in February of 2024, and they did so by issuing a three-day summons and were immediately entitled to a hearing where they claimed I was no longer a manger of the LLCs of which I own 33%. In this case, it was concerning Eliason Enterprises which is our family real estate holding company with approximately 20 rental units which is where my home was placed to use it for depreciation purposes.

Judge Cornish had all the evidence before her to understand the criminal aspect of what Kirton McConkie was doing, and yet chose to put me and my daughters on the street without caring whether we ended up homeless in Pioneer Park in the middle of winter. She is guilty of being a key figure in obstructing justice and in committing the ongoing retaliatory actions against victims as described under the definition of the General Assembly's Resolution 40/34 decided upon by the United Nations.

But more than that, she is another "ugly judge" who has no business whatsoever using the word "honorable" in front of her name for the despicable human being and judge she is. Her actions have been a huge disruption for my family and she and the State of Utah could not afford the damages associated with robbing me of my own property, and doing so with zero remorse.

As is the case with every defendant judge and attorney who is participating in this criminal charade, each of their actions should be reviewed and/or audited to find what other dirty little secrets these public servants are hiding from the public, and how many innocent victims are called criminals doing prison time. Judge Cornish got so tired of me filing appeals and requests for a hearing, that she too suddenly called me vexatious because I was fighting to keep my own home. She deserves a special reproach for the crime she has committed while covering for the felons we know as The Lawyers of Jesus Christ Himself."

Below is a page from the transcript of the occupancy hearing wherein Judge Cornish eventually ruled against me and my family.

## TRANSCRIPT OF IMMEDIATE OCCUPANCY HEARING - February 1, 2024
## Case No. 240700091

```
 1                    DIRECT EXAMINATION
 2      BY MR. ELIASON:
 3      Q.   Mr. Moesinger, do you represent Eliason Enterprises
 4  and Eliason Eight LLCs?
 5      A.   Yes.
 6      Q.   Do you represent Max and Joyce Eliason?
 7           MR. HILL:  Objection, Your Honor.  Irrelevant.
 8           THE COURT:  Sustained.
 9      BY MR. ELIASON:
10      Q.   Okay.  When did you start representing Lisa and Mark
11  Eliason as counsel for my LLCs, Eliason Enterprises and Eliason
12  Eight?
13           MR. HILL:  Objection.  Misstates testimony.  Assumes
14  legal conclusions.  Suggesting that Mr. Moesinger represents
15  Lisa and the other individual, rather than the entity.  And
16  reference to the company as being his.
17           THE COURT:  All right.  Sustained.
18           MR. ELIASON:  Your Honor, what I'm trying to
19  accomplish here is to show that Kirton McConkie has no right to
20  be representing my LLC.  So Mr. Moesinger --
21           THE COURT:  And so that's not the purpose of today's
22  hearing, Mr. Eliason.  If you want to file a motion to
23  disqualify Kirton McConkie, you can do so --
24           MR. ELIASON:  I think I did.
25           THE COURT:  -- but that's not purpose of today's
```

**Jen's Reporting, Inc.**
**801-560-2720 - jennazer@comcast.net**

32

```
10          MR. ELIASON:  Just one more question.

11     BY MR. ELIASON:

12     Q.   Mr. Moesinger, did Mark Eliason and Lisa Stephens give

13  you the engagement to evict me from my own home?

14          MR. HILL:  Objection.  Assumes facts not in evidence.

15          MR. ELIASON:  The evidence is there.  You put an

16  eviction notice on my door.
```

```
23     BY MR. ELIASON:

24     Q.   So, Mr. Moesinger, who removed me as manager of

25  Eliason Enterprises?
```

---

**TRANSCRIPT OF IMMEDIATE OCCUPANCY HEARING - February 1, 2024**
**Case No. 240700091**

```
1           MR. HILL:  Objection.  Foundation.

2           THE COURT:  Sustained.

3           MR. ELIASON:  That seems like a reasonable question to

4  me because if they're saying I'm not a manager, I want to know

5  who removed me.

6           THE COURT:  And so what Mr. Hill's objection goes to

7  is to the foundation, if this is the right witness to ask that

8  question.

9           MR. ELIASON:  Okay.  Then I'm going to get objected to

10  on every word I say.  So I'll just say -- I don't have any

11  chance to say it, but this is a joke.  Okay.

12          THE COURT:  All right.  Mr. Hill, any cross-

13  examination?

14          MR. HILL:  No cross-examination, Your Honor.
```

And with that hearing, the State of Utah stole my personal residence valued at approximately $1.5 million dollars, and handed it over to my sister who had already taken every other asset I owned with the help of Kirton McConkie and under the direction of Dallin H Oaks. This is but one example of the 70-page transcript from this two-hour hearing and every page therein is so obviously directed into allowing Kirton McConkie to evict me from my own home it is criminal. Judge Cornish knows full well in this hearing that I was illegally removed by Craig McCullough and Kirton McConkie as Trustee and Manager, and yet she says Moesinger is not the person to ask even though he prepared the documents to do so.

My father would have said "what in the hell kind of Micky Mouse operation is the State of Utah running here" and I would ask them the same thing. Judge Cornish then goes on to foolishly tell me to file a motion to disqualify McConkie as I had done so at least 20 times in the various courts, and I did once again immediately following the hearing. It was therefore no surprise that the motions for this and an Interlocutory Appeal went unanswered just as they have been for over five years.

This lady kicked me and my family out of our own home without any care for what was going to happen to us in the middle of February. All she gave a damn about was that she protects my fellow felons, and my anger towards her is based on the evidence against her. What would I like to see? Some lawyer shows up out of the blue and kicks her out of her own home in the middle of winter, even if it puts her and any kids/grandkids into Pioneer Park. Is this not fair justice?

She should not be allowed to wear the black robes of a judge, nor should she be permitted to send countless criminals to prison when her own sins far exceed most of the criminals she condemns. The truth hurts, doesn't it your "honor."



## MAGISTRATE JUDGE CECILIA ROMERO



The complaint referenced herein (Case No. 2:23-cv-00785) has been assigned to Judge Tim Stewart and is being handled by Magistrate Cecilia Romero. This matter was filed in November of 2023 and over six months later, they have still not ordered Kirton McConkie or any of the other defendants to respond to the heinous allegations against them, even though by law they were given 21 days to do so.

I also filed motions for discovery on seven different occasions from the various defendants with none of them responding to the dozens of questions I submitted as per my rights as a Plaintiff. Outside appearance of a person and judge can obviously be deceiving, since she appears to be one who cares about her fellow human beings, and yet is standing on the sideline pouring gasoline on the fire.

The original filing of this matter presented the undisputable evidence showing the guilt of Craig McCullough and Kirton McConkie along with the associated demand for a Summary Judgement against them. She has ignored multiple requests for an injunction hearing, a pre-trial hearing, nor will she schedule a jury trial knowing exactly what will happen to the LDS Church and to her and her fellow judges if she does so.

When Attorney General Sean Reyes of the State of Utah filed a motion for a Stay with an indefinite time frame and without just cause, Judge Romero honored his request and stated on the docket that I was no longer allowed to file any motions or documents associated with this case. While Judge Romero may refuse and ignore the evidence against the defendants, I have made over 100 filings in this matter and will continue to do so weekly, until I find justice from someone in the world, or die trying.

Within the 100+ filings in this case alone are thousands of pages of exhibits, pleas for representation for my father, demands for statutory accounting, a summary judgement, etc., and Judge Stewart and Romero cannot even call a hearing. This is the primary complaint sitting in The United States District Court for the District of Utah and not one of the defendants can respond to the dozens of allegations against them. Why? Because they are guilty without needing to open their corrupt mouths, which also includes herself and the union of judges who surround her.

The following is a list of cases I have filed over the past five years in both State and Federal courts, with no single judge providing me or my father with a pre-trial hearing or a jury trial.

1.  UT Case #19091908 Judge Adam Mow (DISMISSED WITH PREJUDICE)

2.  UT Case #201906707 Judge Linda Jones (no response)

3.  UT Case #201000297 Judge Augustus Chin (no response)

4.  UT Case #164700545 Judge D Hamilton (no response)

5.  UT Case #183901323 Judge Royal Hansen (no response)

6.  UT Case #183901323 Judge A. Hruby-Mills (no response)

7.  UT Case #193900932 Judge Kara Petit (no response)

8.  UT Case #193900932 Judge Robert Faust (no response)

9.  UT Case #190908459 Judge Amber Mettler (no response)

10. UT Case #1:20-cv-0024 Chief Judge Robert Shelby (DISMISSED WITH PREJUDICE)

11. CO Case #1:20-cv-00959 Chief Judge Phillip Brimmer (no response)

12. HI Case #1:20-cv-00257 Chief Judge Michael Seabright (dismissed)

13. TX Case #3:20-cv-02747 Chief Judge Barbara Lynn (no response)

14. Case # 2:23-cv-00785; Magistrate Romero (stay granted to Sean Reyes)

15. Case # 233902534; Judge Kara Petit (vexatious)

16. Case # 230908673; Judge Kent Holmberg (no response)

17. Case # 230908873; Judge Patrick Corum (no response)

18. Case # 230908382; Judge Todd Shaughnessy (no response)

19. Case #240900567; Judge Coral Sanchez (dismissed)

20. Case #240900203; Judge Robert Faust (no response)

21. Case #240900202; Judge Kara Petit (no response)

22. Case #183901323; Elizabeth A. Hruby-Mills (no response)

23. Case #240900237; Judge Andrew Stone (no response)

24. Case #240700091; Judge Rita M Cornish (no response)

25. The Utah Supreme Court Case #20200548-SC (dismissed)

26. Case #240900567 Judge Coral Sanchez (no response)

27. Case #2:24-cv-00072 Judge Howard C Nielsen, Jr. (no response)

28. Case #2:24-cv-00097 Judge Jill Parish (no response)

29. Case #2:24-cv-00145 Judge Dustin Pead (no response)

30. Case #2:24-cv-00064 Judge Jared C Bennet (no response)

# CHAPTER THIRTY
## The United Nations of The New World Order

The Jury is still out on whether the United Nations will intervene and enforce the United Nations General Assembly rule 40/34 designed to have world officials step in and stop corruption when the legal system has failed a victim. However, I am willing to bet the number of days Dallin has left of freedom in stating, "It ain't gonna happen."

John D Rockefeller donated the property where the United Nations sits in 1946, which once again is one of the most powerful families of the Illuminati and leaders of the New World Order. Ironically, Dallin Oaks graduated from Rockefeller University which adds one more clue as to who our next prophet hung out with in his younger years. Curiously enough, this entity was organized at the same time of the CIA, which we already know was done under very suspicious circumstances and included war criminals which the US brought in from Germany under Operation Paper Clip.



It will be proven over time that the primary business of this organization is to serve the criminal desires of the corrupt members of the Illuminati families and the wealthiest individuals of the world under their well-known pyramid system. This organization plays perfectly into the game of the New World Order with its associated plan of world domination, and when one hears the words "UN Peace Keeper," they should run and hide.

It is almost comical how the "dark side" of this wicked population of politicians have a gift in naming entities with the opposite of what they are really doing behind the scenes. For example, the term "Trust Protector" literally means "Trust Thief," So, rather than calling it the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, how about we call it for what it is: "The Satanic Society of the Illuminati owned and operated by The Anti-Christ, Damien Hitler Oaks."

How many faithful tithe payers are going to fork out the 10% religion tax in Sacrament Meeting on the following Sunday when they understand the leadership of the LDS Church is a complete scam as long as "Brother Oaks" is leading the Church.

Then instead of naming the CIA "The Central Intelligence Agency," how about it naming it the NIA which stands for "The Nazi Intelligence Agency" which is a division of the Fourth Reich and has survived long enough to threaten democracy from within.

The United Nations wants to look good so they had the General Assembly adopt Resolution 40/34 in 1985 with the clear intention of stopping this kind of crime from happening in any nation. However, if the US Government is any indication as to how the United Nations is being run, they have already tossed my complaint in the garbage with prejudice and will never let me speak again.

Below are the terms to be respected under this Resolution. Several months ago, a copy of this was filed in Federal Court demanding that the government respect these promises made to victims and all that was received was a motion for dismissal by several defendants. The first time I found this resolution, I was so encouraged and optimistic that I could use this declaration to get relief from the court as it pertained to abuse of power, only to find that the United Nations is being run by those associated with the corrupt government.

What good is this declaration if there is nobody home to listen or respond to this deep-rooted corruption. So, if a victim cannot redress the U.S Government with this unprecedented level of white-collar crimes, and the United Nations is just a figure of speech who does nothing other than talk a good talk; where in this world are victims supposed to turn to, unless it be to the public?

## Declaration of Basic Principles of Justice for Victims of Crime and Abuse of Power

*ADOPTED 29 November 1985*

*BY General Assembly resolution 40/34*

### A. Victims of crime

*1. "Victims" means persons who, individually or collectively, have suffered harm, including physical or mental injury, emotional suffering, economic loss, or substantial impairment of their fundamental rights, through acts or omissions that are in violation of criminal laws operative within Member States, including those laws proscribing criminal abuse of power.*

### Access to justice and fair treatment

*4. Victims should be treated with compassion and respect for their dignity. They are entitled to access to the mechanisms of justice and prompt redress, as provided by national legislation, for the harm they have suffered.*

*6. The responsiveness of judicial and administrative processes to the needs of victims should be facilitated by:*

*(a) Informing victims of their role and the scope, timing, and progress of the proceedings and of the disposition of their cases, especially where serious crimes are involved and where they have requested such information;*

*(c) Providing proper assistance to victims throughout the legal process;*

*(d) Taking measures to minimize inconvenience to victims, protect their privacy, when necessary, and ensure their safety, as well as that of their families and witnesses on their behalf, from intimidation and retaliation;*

483

*Restitution*

8. Offenders or third parties responsible for their behavior should, where appropriate, make fair restitution to victims, their families, or dependents. Such restitution should include the return of property or payment for the harm or loss suffered, reimbursement of expenses incurred because of the victimization, the provision of services, and the restoration of rights.

11. Where public officials or other agents acting in an official or quasi-official capacity have violated national criminal laws, the victims should receive restitution from the State whose officials or agents were responsible for the harm inflicted.

*Assistance*

14. Victims should receive the necessary material, medical, psychological, and social assistance through governmental, voluntary, community-based, and indigenous means.

*B. Victims of abuse of power*

18. "Victims" means persons who, individually or collectively, have suffered harm, including physical or mental injury, emotional suffering, economic loss, or substantial impairment of their fundamental rights, through acts or omissions that do not yet constitute violations of national criminal laws but of internationally recognized norms relating to human rights.



# CHAPTER THIRTY-ONE
# You Have Three Days to Vacate Your Own Home… Love Kirton McConkie

As I have mentioned in a previous chapter, Kirton McConkie's retaliatory actions included the criminal and unimaginable eviction from my own home beginning in November of 2023. This was a home my mother gave me in 2015 out of gratitude for taking care of both her and my father which turned out to be for exactly five years.

At the same moment John Snow and Gavin Harris dropped me as a client after taking over $65K in fees, Kirton McConkie added to the immediate stress by exercising the fraudulently obtained $100K judgment regarding the Trolley Square guarantee of my mother. Below is a screen shot from my account wherein the reader will note where Kirton McConkie showed up and drained my account to $5.00. The following month they posted an eviction notice on my home telling me I had to get out, showing they were representing my company, Eliason Enterprises, LLC.

| 11:15 | | .ıl ✆ 08 |
|---|---|---|
| ‹ Back | **Account details** | |
| **Oct 06, 2023** | | |
| SERVICE FEE | | -$25.00 |
| | | $20.00 |
| 67431 GARN KIRTON MCCONKIE | | -$324.93 |
| 8013283600 ID: 279134939 | | $5.00 |
| 67431 GARN KIRTON MCCONKIE | | -$100.00 |
| 8013283600 ID: 279134555 | | $329.93 |
| **Oct 05, 2023** | | |
| CHECK 🖼 | | -$25,000.00 |
| Check # 159 | | $429.93 |
| ONLINE XFER TO DDA ELIASON VERO | | -$16,000.00 |
| ID: 000000727 | | $25,429.93 |
| ONLINE XFER TO DDA ELIASON VERO | | -$25,000.00 |
| ID: 000005312 | | $41,429.93 |
| ONLINE XFER TO DDA ELIASON VERO | | -$25,000.00 |
| ID: 000000660 | | $66,429.93 |
| ZBA SWEEP ACCOUNT CREDIT TO | | $66,429.93 |
| XXXXXX1223 | | $91,429.93 |
| **Oct 04, 2023** | | |
| ZBA SWEEP ACCOUNT DEBIT FROM | | -$66,429.93 |
| XXXXXX1223 | | $25,000.00 |
| | | $91,000.00 |
| 🏛 Accounts | 💲 Payments | ⇄ Transfers | 🖼 Mobile Deposit | ••• More |

When you read this, remember that I am a 33% owner of Eliason Enterprises and have lived in this home since 2015 and did not have any form of lease agreement in place. Kirton McConkie is once again representing both the Plaintiff and two of the three managers while they had already represented me in 2016.

Here, McConkie is my own attorney, using my own company as a weapon, being paid with my own money, and kicking me out of my own home. And Judge Rita Cornish of the Second District Court of Utah agreed to evict me despite proving that I was an equal owner with my brother and sister. THIS IS KIRTON MCCONKIE EVICTING ME FROM MY OWN HOME…

## KIRTON | McCONKIE

Gregory S. Moesinger
gmoesinger@kmclaw.com
801.323.5958

February 27, 2024

**Via Posting/Process Server:**

Brett Eliason and All Those Concerned
43 South Fairway Drive
North Salt Lake, Utah 84054

**Via U.S. First Class Mail:**

Brett Eliason and All Those Concerned
43 South Fairway Drive
North Salt Lake, Utah 84054

**Via U.S. First Class Mail:**

Brett L. Eliason and All Those Concerned
634 Ridgetop Lane
North Salt Lake, UT 84054

**Via Email:**

Brett Eliason and All Those Concerned
brett.eliason1@gmail.com
kylieeliason@icloud.com
britz.eliason@gmail.com
vincentpizzello@gmail.com

RE:    **Notice of Abandonment and Request for Removal of Any Personal Property.**

To Whom It May Concern:

On behalf of Eliason Enterprises, LLC (the "Landlord"), we provide this notice to you and all those concerned. After service of the Court's Order of Restitution, dated February 2, 2024 and issued in Civil No. 220904221, we understand that Brett L. Eliason and any other associated occupant(s) (collectively, the "Tenant" or "you") have vacated or otherwise been removed by the Constable from the real property at 43 South Fairway Drive, in North Salt Lake, Utah, 84054 (the "Premises"). Accordingly, the Landlord has retaken possession of the Premises. However, based upon the Landlord's inspection of the Premises, we understand that the Tenant or others concerned may still have some personal property remaining at the Premises. That personal property is considered abandoned.

Pursuant to Utah Code Ann. § 78B-6-816(2), demand is hereby made that you, the Tenant, or anyone else concerned, remove any remaining personal property from the Premises upon payment of any and all costs of inventory, moving, and storage to the Landlord. If you fail or refuse to do so, after fifteen (15) calendar days from the date of this notice, the Landlord will either (a) sell the property and apply the proceeds toward any amount you owe to the Landlord, which may include all costs of inventory, moving, and storage to the owner; or (b) donate the property to charity. Notwithstanding the above date and in accordance with Utah law, be advised that at any time the Landlord may remove and store yours or others' personal property at another location and charge a storage fee and the actual moving costs.

And this was coming from the law firm which has been paid millions to represent my mother and father with an associated fiduciary duty to protect and represent each of the three beneficiaries equally. Kirton McConkie was paid to represent me impartially…and look at them go! How safe should society feel in their own homes when this type of crime can hit anyone who a corrupt law firm and Church decide to steal from, knowing there is no way for the average citizen to stand against an army of judges and attorneys who each deserve prison time.



I doubt anyone can imagine the rage which flows through my veins as I explain this type of story to anyone I can find who will listen. If I were to go to my own home today and enter the front door, I would be arrested for trespassing. The thought has crossed my mind to go pound a no trespassing sign on the front of Kirton McConkie and the Courthouse and do the same thing to them, for they have no more authority to evict me, then I do them.

Exactly who among the defendants am I supposed to show any respect, knowing they are felons at large, and who are participating in assaulting victims who have been pleading for help since February of 2019? And yet I am certain I shall be the one judged for my vulgarities towards the criminals, rather than the criminals being judged for what they have done.

How does anyone put a price on the emotional damages associated with Kirton McConkie and the LDS Church kicking me and my family out of our own house in the middle of February? To make this crime even more ridiculous, nobody can occupy the premises until the hearing. Yet there is not a judge who will set this hearing since this, along with a myriad of other evidence, will lead directly to the culpability of Kirton McConkie and the LDS Church. So, my home now sits vacant since McConkie claimed I was getting "unjust enrichment" from living therein. They accept millions in bribes, and then have the iron clad balls to tell me I am the one profiting from the situation. Go figure…

Even with my father suffering from dementia at 89 years old, he would still be able to massacre these whores for stealing his entire estate, and now kicking his youngest son out of the home he and my mother purchased in 2015. In fact, I made a demand in court earlier this year wherein I requested that the court allow my father to appear before the judge and express what his last wishes really were before Kirton McConkie decided to make them theirs. Judge Tim Stewart and Magistrate Cecilia Romero refused this demand.



This is the home my mother bought me in 2015 as a thank-you for taking care of her and my father every day for five years.

## INNOCENT VICTIMS

Among the worst things involved with this ongoing crime scene, is the fact that the defendants also had to target and destroy the lives of my daughters, Kylie and Brittnie to conceal their crimes. As mentioned earlier, the fraudulent documents created a "grandchildren's trust" wherein Bryan and Lisa supposedly deposited over $6 million dollars upon the death of my mother in 2018.

The problem is that the Trust admittedly does not exist, so Kirton McConkie and the LDS Church cannot explain where the millions of dollars disappeared on that fateful day. Each of Kylie's and Brittnie's shares of this trust would have been over $500,000 with the initial deposit. Still, over $25 million dollars of unaccounted for dollars have flowed through the Eliason 2016 Trust and was earmarked for this non-existent Trust. Maybe I should hold a contest to guess how much in the way of bribes it took to convince McConkie to scam their clients, with the winner entitled to a full month of the bribes The Lord's Lawyers have collected during the past month.



Kylie and Brittnie Eliason, victims of Kirton McConkie and the LDS Church

Kirton McConkie made claims at the hearing with Judge Cornish claiming my mother did not give this home to me, and that I was in default of a lease which they could not produce. This is because it did not exist, and they knew it, and Judge Cornish knew it. We had lived in this home for eight years without ever paying a dime to live there, and suddenly the thugs from McConkie decided to make me homeless hoping it would hinder my attacks against them in court. Below is the text I sent my mom on July 31st, 2015, which was the day we closed on this purchase.



My daughters have been my pride and joy since their birth, and no force in heaven or on earth can stop me from protecting them and their future. This includes any actions by a bunch of two-bit thugs that society calls Lawyers, Judges, and Prophets, who are simply highly educated liars, cheaters, and thieves. These people are the sledge of our world, and need to be eradicated as if they were cockroaches carrying the plague. This will only happen if I can raise public support to a level which can put pressure on the government to obey the laws and uphold the Constitution.

Kirton McConkie and the LDS Church have erased my daughter's birth rights in conjunction with the embezzlement of my parent's estate, and they are also both being refused the right to see their own grandfather without prior consent from their dear aunt Lisa. The upstanding judges from the Third District Court and the United States District Court of Utah are ultimately responsible now since they should have arrested McCullough and his entourage over five years ago.

There is no community on earth in which I have less respect than the defendants in this case. They should hire a hitman and kill me like they did my mother, for I shall spend every waking hour for the rest of my life exposing them to what they are: Criminals dripping with corruption.

This is what is on the wall in my bedroom, and the defendants need to know that I have had it there since the birth of my oldest daughter in 1999, and I shall not stop coming after them until they are rotting in prison together for what they have done to my girls.



Nobody wants to believe that such evil and deep-rooted corruption could possibly exist within their own faith and be concealed by the leaders they turn to for spiritual strength. Neighbors have shunned my family and we no longer feel welcome in the neighborhood we have lived in for almost 20 years since I began begging anyone including my own bishop for help (he declined because he does contract work for Kirton McConkie).

One of my dearest friends from high school told me to drop the case, claiming that I would surely see my father again in the afterlife. Even one of my most trusted cousins blames me for making "misguided allegations" and went so far as to yell at me in a public restaurant, telling me to quit filing court documents, when all I have been doing since the beginning was to plead for help and thinking surely, he would not turn his back on me and my family.

Where were these "friends and relatives" on that snowy day in February of 2023? I suppose they were praying and wearing their garments while preparing to attend the temple and go to church on the following Sunday where they would certainly pay their tithes and offerings. And this is exactly how the leaders of the Church want these people to treat us.

490

While me and my family do have some very close friends and two dear aunts who are saddened and in disbelief as to what Kirton McConkie has done, they clearly do not understand the level of crimes which have been committed, nor would they believe that my sister would steal ten cents from my parents let alone slap my mother with morphine and steal their entire estate.

While I recognize there is nothing that a handful of friends and relatives can do to stand up against an army such as this, avoiding me and my family for fighting for our lives has been very hard to swallow. And I shall forever be grateful to those who have stood by us rather than telling us to "shut up" and walk away. This has especially been important given the complete loss of my entire family following the slanderous lies my sister has spread to everyone including the State of Utah.

I write this book knowing that the only way to warn the public and obtain justice is through social media and writing publications such as this. My hope is that through public awareness, the State of Utah and The United States Department of Justice will feel a growing outcry and force them to act which heretofore they have refused to do.

All revenues this book may produce, shall be reinvested in marketing which will continue until this story has been told to everyone who has been touched by corruption, and anyone who may be faced with estate planning fraud in the future. For me to do otherwise would make me an accomplice for not spending my days warning the public what these people are capable of. After all, is this not what the Prophet Joseph Smith told us to do when encountering such corruption?

I believe that the truth always has a way of prevailing against all odds. The time has come for full transparency and accountability in this and other unknown but concealed matters, with victims suffering without anyone answering their pleas of "911 Emergency". Justice will be served, no matter how many years it takes. No crime this brazen can remain buried forever.



# prom·ise

[ˈpräməs]

*noun*

1.  a declaration or assurance that one will do a particular thing or that a particular thing will happen:

The villains of this story grow increasingly desperate as their lies are exposed and unraveled before their eyes. With God as my witness, I will expose the truth every day for the rest of my life so no more victims will suffer this level of unimaginable betrayal from those who were supposed to be among the most trusted in our society.

What I do know for certain, is that this story is much more than a beneficiary and son who has been victimized by a couple of greedy siblings, for this type of story certainly happens hundreds if not thousands of times a day throughout the country, and in the entire world. What clearly separates this story from all others in history, is not just the dollar amount which makes it the largest theft in history, but more importantly, the list of participants which now include the President of the United States, and the Prophet of the LDS Church which makes "Temple Gate" exponentially worse than the Watergate scandal.

For this is surely a battle between good and evil such that the world has never see. In fact, it is my humble opinion, that this is the start of "The Battle" spoken of within the scriptures, for it includes defendants who qualify as actors described in the Book of Revelation, and includes an Anti-Christ and a False Prophet leading the charge. But hasn't the end of this tale already been foretold by scripture and prophets alike? According to me, brother Oaks qualifies under the definition of the "Pale Horse" of the Apocalypse.

I ask the members of the Church and the leaders alike, shouldn't the recitation of scriptures which are being fulfilled within this case be spoken by them from the pulpits of each ward house and at each of the General Conferences of the Church? The world is in for a very rude awakening, an awakening wherein they must realize what an "awful situation" they find themselves in. Me and my family have been living this "awakening" every day since Dallin took aim and fired at the victims *hoping to silence our voices for good.*

***24 Wherefore, the Lord commandeth you, when ye shall see these things come among you that ye shall awake to a sense of your awful situation, because of this secret combination which shall be among you; or wo be unto it, because of the blood of them who have been slain; for they cry from the dust for vengeance upon it, and also upon those who built it up.***

## Awaken to a Sense of Your Awful Situation – Ether 8:24-25

I hate to be the bearer of bad news, but if there was ever a time which would fulfil this scripture and make the saints understand who is behind these secret combinations, it is now. I can feel the blood of my ancestors flowing through my veins and giving me the strength required to fight this legion of wicked souls, and I hope others who read this book have eyes to see and ears to hear, and who feel their ancestors speaking to them as well.

# proph·e·sy

[ˈpräfəˌsī]
*verb*

1. say that (a specified thing) will happen in the future:

"The prophesies of the scriptures are coming true"

# CHAPTER THIRTY-TWO
## THE ALIEN AGENDA and DO YOU SERVE "ME"

As I have already discussed several times within this manuscript, I have been through some very "violent" emotional times in my life wherein many would have questioned my sanity, including myself. But despite this, I will never pull back even one of the criminal allegations I have made against these defendants. My mind was taken to places I would not like to revisit, and yet I continue to be haunted by what I understand and know to be true.

Of the most troubling things I have learned is the information I have studied relating to the "End Game" of the Illuminati also known as "The Alien Agenda," and its utilization of Aliens to strike fear in the hearts of mankind while dismissing God as being relevant within our new found modern society. Note the words spoken by President Ronald Reagan are directed to the General Assembly of the United Nations; the brain child of the Illuminati King, John D Rockefeller.

Did people call our president "crazy" at the time he spoke these words?



**REAGAN: ALIEN THREAT WOULD UNITE US**
REDPILLCONSPIRACY.SUBSTACK.COM
"In our obsession with antagonisms of the moment, we often forget how much unites all the members of humanity. Perhaps we need some outside, universal threat to make us realize this common bond. I occasionally think how quickly our differences would vanish if we were facing an Alien Threat from outside this world."
-President Ronald Reagan, in a speech made to the 42nd General Assembly of the United Nations, Sept. 21, 1987

With everything we already know about the creation of the CIA and its associated structuring by the elite members of the Illuminati and the Nazi party, it should be no surprise that the real exposure of

493

"Little green men" happened in 1947 with the Roswell incident. Anyone who cannot see this was in fact something that happened and yet was immediately covered up by the CIA should call Dallin Oaks and ask if they are worthy to get a temple recommend.

While the judges of the State of Utah and the United States Department of Justice watch on, the Illuminati continue to pursue their "Agenda 21" which is also known as the Alien Agenda hoping that the public and any uncorrupted members of government will do exactly what they are doing now, sit back, and do nothing.

The Illuminati and the Secret Satanic Societies would like everyone in the world to continue to view all allegations against them as coming from people such as myself "crazy," and therefore should not be listened to. I will admit to being crazy and surrender myself to the closest asylum the very day these defendants can face me in court, and prove my allegations wrong, for I will bet both my life and my freedom that the words I speak are the truth.

There is much to be read about the Alien Agenda, and there are multiple publications claiming the Government will utilize technology so advanced that nobody on planet earth will believe their eyes. What could strike more fear into the hearts of mankind, than to see a fleet of UFO's appear over the Whitehouse even if they are only advanced drones capable of projecting 3-D images in the sky?

There is obviously no proof which can be obtained as to the details of this agenda, but nobody who has watched Ancient Aliens or videos released from the Pentagon could feel surprised that most people believe in aliens.



Notice from this image shown above, that even back in the 80's there was a supposed United Nations secret interstellar space fleet. I should not need to remind the reader of the fascination the Fuhrer had with the occult and extra-terrestrial beings who supposedly gave Germany secrets during the war.

If this was indeed true almost 40 years ago, what kind of advancements have been made in this secret department of the CIA, and has someone been developing such a fleet without the world's knowledge as one is led to believe by publications such as these?

It is no secret that the series "The Simpsons" has been extremely accurate in some of its "prophesies" of future events. I once again refer to some of the images which stand out as those who have been particularly disturbing to some.

This series is packed with references to the Illuminati and can easily be identified by those who are aware of these symbols. Consider the following image which was already shown in a prior chapter' and clearly shows the city of New York with the twin towers and a fee of $9 sitting next to them to form 9-11.

What kind of a coincidence would it be for this to happen unless it was planned, and according to someone's evil designs. The other thing which should be pointed out is the preponderance of Illuminati colors such as the red shirt of Bart adjacent to the purple sky; the undeniable sign this secret society is publicizing itself in public.



Let us look at a more recent episode from this popular series and see if this causes concern for anyone who understands the odd way in which this series "predicts." Note once again the obvious colors of the Illuminati in the sky which are as bright as ever, and hidden in plain sight which is a known fetish of this secret community



Then there is the episode where Mr. Burns drills underneath the school and steals everybody's oil. Does this sound ironically familiar to what "Mr. Burns" has done to my family's oil reserves? Note once again the Illuminati red in the bottom left corner with the purple mountain just above.



The Simpsons predicted the war in Ukraine somehow….



For those who still doubt this fact, look at this prediction from 2000 showing Donald Trump becoming president of the United States 15 years later…

 

Now look at everyone staring at Mr. Burns as if they are his followers him rather than to watching the television as the producers allude they are doing.



When asked, the producers of the Simpson's who created Mr. Burns has stated this character represents John D Rockefeller as the greedy tycoon who has no regard for human life and society as a whole. But if you ask me, I believe it is none other than the Anti-Christ Dallin Oaks who is one of the most corrupt human beings who has ever lived, and has the motive to wreak havoc and wage war against the United States and destroy its freedoms.

Does it concern anyone else that the following image illustrates a nuclear blast, while Mr. Burns is applauding on the sideline as a very old man?



No Comment...



Mr. Burns and the Eye of Providence....



Look at the name of this episode and tell me this is just a coincidence…



# ee·rie

[ˈirē, ˈerē]
*adjective*

   1.   strange and frightening:





Now look at the home of Mr. Burns, and see if you can see any resemblance to the Capitol Building in Washington D.C. Is there any question that this is an illusion that he is the one who is running the country?







Credit: David Howells



# God

[gäd]
*noun*

1.  (in Christianity and other monotheistic religions) the creator and ruler of the universe and source of all moral authority; the supreme being.







And in my opinion, this shows that the members of the Church are relaxing on their sofas while being oblivious to what is happening right in front of their eyes. The Illuminati and the Free Masons are literally mocking the naïve and self-righteous members of the LDS Church.





505



"Satan uses *every* possible device to accomplish his purpose to degrade and enslave *every* soul. He attempts to distort and corrupt *everything* created for the good of man—sometimes by diluting that which is good, sometimes by camouflaging that which is evil."

- Dallin H. Oaks
Our Strengths Can Become Our Downfall, June 1992

# Sa·tan

[ˈsātn]
*definition*
    1. the Devil; Lucifer.



In the same manner, the Illuminati and Hollywood have used entertainment to mock the intelligence of humanity by predicting their plans for things to come for society. There is an unending supply of evidence one can research regarding this conspiracy theory, which should be viewed as a viable world threat.



**illuminatibot** ✓
@iluminatibot · **Follow**





One World Military

The End of National Sovereignty

The End of ALL Privately Owned Property

The End of the Family Unit

Depopulation: Control of Population Growth and Population Density

Mandatory Multiple V

Universal Basic Income (Austerity)

Microchipped Society for Tracking and Controlling Purchasing and Travel

Implementation of a World Social Credit System (like China has)

Trillions of Appliances Hooked into the 5G Monitoring System (Internet of Things)

Government Raised Children

Government Owned and Controlled Schools, Colleges and Universities

The End of Private Transportation, Owning Cars etc.

All Businesses Owned by Government Corporations

The Restriction of Nonessential Air Travel

Human Beings Concentrated into Human Settlement Zones – Cities

The End of Immigration

The End of Private Farms and Grazing Livestock

The End of Single Family Homes

Below are some of the current events which I believe is nothing less than these secret societies who are foreshadowing the events to come:

## 'Zone of Interest': How the Oscar-nominated Holocaust drama depicts an 'ambient genocide'

 Patrick Ryan

*"The Zone of Interest" offers a chilling new perspective on the Holocaust.*

*Nominated for five Oscars, including best picture, the film (in theaters nationwide Friday) is set just outside the walls of Auschwitz at a stately villa, where real-life Nazi commandant Rudolf Höss (Christian Friedel) lives with his wife, Hedwig (Sandra Hüller), their five kids and a pet dog.*

*What makes the movie uniquely harrowing is that you never set foot inside the concentration camp, nor do you witness violence onscreen. Rather, the audience is subjected to distant screams and gunshots as the blasé Höss family goes about their daily lives: playing in the pool, lounging in the backyard, or eating dinner together.*

More interesting films from Hollywood:

## 'Civil War' sends a message that's more dangerous than the violence it depicts onscreen

Story by Analysis by John Blake, CNN

*There's another type of story that's gained traction in the US — the kind that can cause a nation to unravel. The new hit movie, "Civil War," which has earned more than $100 million worldwide at the box office, is the latest example of a disturbing trend: We no longer seem to know how to tell well-crafted stories that counter those that depict American democracy as doomed.*

*In "Civil War," tanks trample democracy. The film depicts a near-future America that has been torn apart by seceding regions and militia violence. It features a fascist leader in the White House, an attempted coup and Americans casually killing one another in the streets. One critic called it writer director Alex Garland's "very in-your-face attempt to imagine the unimaginable in America."*

*It's hard to imagine any other future for the United States when you consider the popularity of movies like "Civil War." Most of the stories about the state of America that gain traction in popular culture are the ones that end in its failure. They're the opposite of the hopeful, unifying stories any country needs to overcome tough times. "Civil War" is part of a growing entertainment genre that, to borrow a phrase from former President Donald Trump, could be called "American carnage." Dystopian movies and TV shows like "The Walking Dead," "The Purge," "The Hunger Games," "The Handmaid's Tale" and "The Last of Us" all imagine a hellish future in America triggered by an environmental, political, or civic collapse.*

*There is nothing wrong with dystopian thrillers. They serve as cautionary tales and are as old as the Book of Revelation. But the messages they send may be more dangerous than the violence depicted onscreen: The collapse of democracy is inevitable. Americans can never transcend their tribalism. Resistance is futile*

508

If you are like most of the world, you are a huge Taylor Swift fan. I myself, have loved her songs over the years, and recently spent the price of a used car getting good seats to her concert in Las Vegas with my wife and daughters. She is so famous in fact, that most people know that if she were to run for President today, she would most likely win.

But if there is one thing for certain, Tay Tay is a strong leader in the Illuminati and seen as a poster child to invite the youth to join this secret society. I bring her up once again as part of the foreshadowing of the Alien Agenda wherein on her most recent Eras Tour is taking place, and as shown, was accompanied by various UFO sightings.

 

UFO Sightings in FL Turned Out to be Lights From Taylor Swift Concert | Eagle 107.5 | Laura

The tour of Ms. Swift comes complete with illuminati gestures and wearing her illuminati colors for "show and tell" to the world that she belongs to the satanic society which feels they are entitled to inherit the earth. I really doubt she has a clue as to what this Alien Agenda is all about, or the risk this organization has regarding the future well-being of humanity. To insinuate otherwise would imply that she is hiding behind a mask with the knowledge of how wicked her fellow members really are, and that she approves.

If my allegations against Dallin Oaks regarding his association with the New World Order are true, anyone who is a member of any secret societies in the country are subject to being included as members of the largest mafia in history, and assessed the same hundreds of millions of dollars each. This, if indeed Dallin has co-mingled any of the Church's funds with those of these secret societies.

This also goes for all other Hollywood stars and even the Rockefeller and the Rothschilds families who would go homeless overnight. In a class action lawsuit where any member of society has been impacted by this group of hoodlums, the "meek" would most certainly inherit the earth, and the first would become last, and the last first.

# pop star

[pop star]
*noun*

**pop star** *(noun)* · **pop stars** *(plural noun)* · **popstar** *(noun)* · **popstars** *(plural noun)*
    1.   a famous and successful singer or performer of pop music:
        "she's one of the biggest pop stars in the world"

Below we have our beautiful Taylor with the perfect image of the "girl next door," who parents love because of her wholesome image she portrays to adults and children alike. But just how "wholesome" can someone possibly be when they are flashing signs relating to satanic cults during a concert tour that was attended by a record number of fans in history?



I would like to know from Taylor's perspective as to what is to be gained by joining this group of people who feel entitled to feast upon the poor? Is it just the "in thing to do," or are there promises of future contracts and major media contracts provided she cooperate with the real producers of the Taylor Swift shows. But if there is one thing that is certain, this girl has more followers than any other performer on earth, and her influence among her target audience stronger than any religious institution.



Has our one and only Taylor cut a deal with the devil in exchange for stardom or a place among the most elite members of the Illuminati pyramid? You be the judge since there are none left in the country with an ounce of integrity or honesty.

If so, and she is indeed a member of the Illuminati and co-mingling funds with the rest of the party of goblins and demons, she will fall like Dallin Oaks and the rest of his satanic pals and go directly to the bottom of the pyramid when it flips upside down. Could there possibly be a greater scandal shock to the entire world should there be an unveiling of exactly who is behind the masks of the members of these entities.

Question, how does one get rich by joining a pyramid scheme that steals from the poor to give to the rich as is advertised on the front page of their website? In case the reader is wondering, the email posted on this site goes to an account under the name of Rothschild.



in·san·i·ty

[inˈsanədē]
*noun*

1.  extreme foolishness or irrationality:


Illuminati



From Wikipedia, the free encyclopedia
*This article is about the secret society. For the conspiracy theory, see New World Order (conspiracy theory). For other uses, see Illuminati (disambiguation).*



Adam Weishaupt (1748–1830), founder of the Illuminati

The **Illuminati** (/əˌluːmɪˈnɑːti/; plural of Latin *illuminatus*, 'enlightened') is a name given to several groups, both real and fictitious. Historically, the name usually refers to the **Bavarian Illuminati**, an Enlightenment-era secret society founded on 1 May 1776 in Bavaria, today part of Germany. The Illuminati—along with Freemasonry and other secret societies—were outlawed through an edict by Charles Theodore, Elector of Bavaria, with the encouragement of the Catholic Church, in 1784, 1785, 1787, and 1790.[2] During subsequent years, the group was generally vilified by conservative and religious critics who claimed that the Illuminati continued underground and were responsible for the French Revolution.

Note the reference to the birth place of the Illuminati as being Bavaria, which just so happens to be where the name "Dallin" comes from …

While I hate to pick on everyone's favorite artist too much, there are just a few more items which should be looked at which adds credibility to these suppositions. Everyone who knows Taylor, knows she is all about the number 13. Does anyone know how many levels they are in the Illuminati Pyramid? (13). Once again note the unforgettable illuminati colors. Does Taylor owe her success to her own talent, or was she brought up and pushed into the limelight and made the most glamourous star to ever live because of her "agent" the Illuminati?



Why in the world would someone like Taylor Swift, plagiarize a statement made by Adolph Hitler?



Dear Taylor must have been studying her copy of Mein Kamph before going to bed the night before, because her words are straight out of the mouth of the Jackal's Ass, Adolph Hitler:



I was always warned in Sunday School that Satan will come under the disguise of something which will turn the hearts of men away from God and the Truth. If Taylor Swift is indeed a part of the Illuminati who is a walking billboard for them, then here is the proof that my primary teachers were right.

Taylor is apparently in very bad company if all the allegations of these celebrities' involvement are correct. Why? Because when charged as a Mafia, each can be charged with the same 50 felonies

committed by Craig McCullough and Kirton McConkie; including the first-degree murder of my mother. Can anyone imagine the headlines in the morning's paper; "Hollywood goes to prison?"



Here is where my conspiracy theories get creepy. One of my favorite shows is "The Walking Dead" wherein the entire world has been taken over by a zombie pandemic which has laid the world to waste. All communications have been cut off, all cities destroyed, and government has failed. Everyone is left to fend for themselves with no sign of civilization in sight. Why is this so disturbing? Because this is the EXACT vision the "kings" of this world project the world to be once they get done watching it burn; complete chaos (without the zombies, only the Illuminati).



Moving on to another film I loved to watch years ago, I believe Independence Day was one more foreshadowing even of things the Illuminati have planned for civilization, and to prepare humanity to almost become accustomed to the possibility of this type of attack. And this, with the understanding that these secret societies have undeniable roots to Germany and the Hitler movement, what could be more satisfying than to have the White House implode from an alien blast possibly sent via advanced drone technology and the associated ability create imaginary UFOs in the night sky.

And what would this film be without a few nuclear blasts including New York which also would be a prime target of the enemies of democracy parading as politicians and members of the Deep State?



If you are wondering what this purpose would serve the illuminati whose lives would apparently also be destroyed, look no further than the sign that Hollywood gave us in the movie 2012. The ultra rich from the entire world were invited aboard "The Arcs" not unlike from the time of Noah, where they were transported to their own "Promised Land" in a location unknown to the rest of the world.



Based upon everything which has been described in this book, and through the endless research which can be done on the internet regarding this "forecast" of things to come, I believe this is exactly what the wicked of this earth have in mind, but maybe without the arcs.

515

For just a moment, let's say this "Eutopia" has been set to happen in Sweden which is where my ancestors are from. I know for a fact that my sister, who is clearly a part of this, headed to Sweden and opened accounts just days before my mother died, and apparently transferred millions of dollars into offshore Trusts which Craig McCullough authorized himself to do.

After all, Sweden was basically an ally of Germany during the war, and allowed Nazis to come and go as they pleased while also getting necessary resources. Plus, its colors of "blonde and blue" are but one more sign according to Hitler that something is worthy of his Utopian Society. It should be noted that in the same way, the Illuminati are obsessed with scarlet red and purple, so are the Freemasons obsessed with blue and gold, thereby reinforcing this thought.



Below is a picture of a Masonic ring which also holds the associated colors of yellow and gold symbolizing the ultimate victory and rebirth of the Aryan nation. The Bitcoin symbol also carries a very symbolic meaning therewith whose beginning is still very mysterious.

 

So let us imagine this is where "Utopia" is now located under these fool's plans to take over the world. In fact, this drawing which is found while researching the Illuminati, clearly shows their headquarters sitting right above the Scandinavian countries. Maybe it will be that only those who have the "stamp of approval" by "The Beast" will be permitted to join this ultra-rich and powerful community at some time in the future.

516

Returning to the Simpsons for one more image of Marge, who in fact has been drawn in the colors of the Free Masons since it was written decades ago. Now toss in the red necklace and we have the Illuminati colors when matched with her hair. There is actually a YouTube video which exposes the dozens of times which the Simpsons make a referral to Sweden.



Now let's compare this to the modern-day Swedish Flag next to the model image of what Hitler wanted for his Utopian society.



517



With all communications cut off, and the Illuminati and the United Nations in control of the entire world, the elite can sit back and watch the world burn while all the downtrodden slaves they have employed over the decades are all working faithfully hoping God will save them.



Is it not coincidental that the doomsday vault is sitting just off Sweden? The Illuminati are clearly in control of most if not all government agencies which includes the Department of Justice and the military, so it would be no problem for them to access these nuclear weapons and advance their cause for Hitler's Utopia.

Are my allegations crazy and insane? Maybe, but who is it amongst these defendants who can come to court with a logical explanation and show all these allegations against the hundreds of lawyers and

judges are based upon a simple misunderstanding? If Dallin Oaks can commit the most heinous form of crime witnessed in modern society with links to the Illuminati and the Free Masons, then is there anything that is beyond his limit of lawlessness?

Dallin is not leading the Church; he is at war with both it and the United States. And are my theories too hard to accept after understanding the facts which sit before the world to see? Why would my allegations that he is a member of a secret society be out of the question? Am I wrong Dallin? All you need to do is open the books of the Corporation of the President and disclose who has been the recipient of hundreds of millions of dollars in oil revenues over the past decade and all these allegations will go away immediately.

But if he refuses to do so, as has been the case since this story began unfolding, then shouldn't this be construed as an admission of guilt? If someone sues me in a court of law and I decide to simply "not show up," am I not assumed guilty with the plaintiff awarded what he demanded in the original complaint? Every defendant judge and attorney associated herewith is aware that this is indeed what should happen with an allowance of 21 days under normal circumstances. Dallin and McConkie have now had over five years with no response given.

## Svalbard's mysterious 'doomsday' seed vault offers glimpse inside with virtual tour



📷 Buried deep in the permafrost on the island of Spitsbergen, the Svalbard Global Seed Vault is opening its doors to the world with the launch of a new virtual tour to mark its 15th anniversary. Photograph: NordGen

Buried in Arctic permafrost, the collection safeguards the
world's crop species - and is a magnet for conspiracy theories.
Now the public can take a look around

Jutting out of the permafrost on a mountainside on Spitsbergen, in the
Svalbard archipelago, the entrance to the world's "doomsday" seed
vault is worthy of any James Bond movie. Surrounded by snow, ice
and the occasional polar bear, the facility houses 1.2m seed samples
from every corner of the planet as an insurance policy against catastrophe. It
is a monument to 12,000 years of human agriculture that aims to prevent the
permanent loss of crop species after war, natural disaster or pandemic.

The Global Seed Vault in the Norwegian Arctic, which opened in 2008, is
closed to the public and shrouded in mystery, the subject of numerous
internet doomsday conspiracy theories. Now, to celebrate the vault's 15th
anniversary, everyone is invited on a virtual tour to see inside the vast
collection of tubers, rice, grains and other seeds buried deep in the mountain
behind five sets of metal doors.

While these last few pages may be difficult for the reader to swallow, and trying to imagine the world
falling under control to such a satanic and sinister plan sounds outlandish and impossible" the only
way the world will ever find out if my conclusions are correct, is if someone within the United States
Department of Justice and its government officials intervene and force Kirton McConkie to account for
my parents' estate. And is this not what they are required to do by law?

If I am wrong, then feel free to laugh me into prison for my fraudulent allegations and opening
slandering of public and church officials, and a "non-existent" mafia called the Illuminati. But if I am
right, and this is indeed the "game plan" of the "Kings" of this world; then I hope the judges who refuse
to prosecute Damien have their bags packed and ready to move to Sweden as soon as the Alien
Agenda really kicks into play. The clock is ticking, believe me…

## WHAT ABOUT ISRAEL AND THE JEWS?

One of the most important things for the Illuminati to do was to gain control of all forms of media
including the major channels and all the Newspapers. This is what Hitler said, this is what Dallin said.
Not only does this enable them to erase the public's right to free speech, but it also allows the media
to disseminate any news stories it wants the people to hear whether they be true or not.

Among these lies I believe the public is hearing about at the present time, is the war which has begun
to heat up between Israel and its enemies which surround them. We are being told stories that Israel
is doing horrible things and killing innocent babies without any remorse and this is causing the United
States to make statements that it is going to pull all aid and assistance for our "once upon a time" ally.

While this may in fact be true since I have no evidence to prove the contrary, I believe that the CIA
(NIA) has consistently supplied armies from both sides of a war with the arms necessary to kill each
other, as has been proven many times throughout history. Is this not one more display of a conflict of
interest which runs prevalent throughout the estate planning of my parents?

If the game the Illuminati and the CIA are playing is the same with what is being done to me and my
family, the government is supposedly backing the Israeli's while secretly supplying the Palestinians
and the Iranians with weapons hoping to do them in. Otherwise, where did this massive Palestinian