FILED
2025 MAR 20 AM 10:51
CLERK
U.S. DISTRICT COURT

Ms. Kylie M Eliason, Trustee
Ms. Brittnie L Eliason, Beneficiary
634 Ridge Top Lane
North Salt Lake, Utah 84054
801-949-0080
Brett.eliason1@gmail.com
 Plaintiff is Self-Represented "Pro Se"

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

Court Address: 351 S. West Temple, SLC Utah 84111

| | |
|---|---|
| **THE ESTATE OF MAX AND JOYCE ELIASON**<br><br>**KYLIE ELIASON, TRUSTEE**<br><br>**BRITTNIE ELIASON, BENEFICIARY**<br><br>_____<br>Plaintiff<br><br>v.<br><br>**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**<br><br>**DALLIN OAKS**<br><br>**THE UNITED STATES DEPT OF JUSTICE**<br><br>**CHIEF JUDGE ROBERT SHELBY**<br><br>**THE STATE OF UTAH**<br><br>**GOVERNOR SPENCER COX**<br><br>**KIRTON McCONKIE, PC,**<br><br>**JOHN AND JANE DOES TO BE ADDED**<br><br>_____<br>Defendant | **MOTION FOR A SUMMARY JUDGEMENT AGAINST DEFENDANTS FOR REFUSAL TO FILE RESPONSE, AND TO RECOGNIZE PAMELA BONDI AND THE DEPARTMENT OF JUSTICE WERE PROPERLY SERVED**<br><br><br><br><br><br>Case No.   1:25-cv-00021<br><br>**Judge:   Howard C Nielson, Jr.**<br><br>**Magistrate: Cecilia M Romero** |

1

**A Cry for Help, a Demand for Justice:**

When Kirton McConkie destroyed our family's life financially by embezzling every asset we owned and bribing our father's business partner to "quit" and take all the company's assets with them unlawfully, we were pummeled with collection agencies who came after us for the $200K plus in credit card debt we accumulated trying to save our business.

Each of the respective entities sued us, and it seemed we were served with court documents daily for weeks on end. Our father collapsed emotionally, had a nervous breakdown, and ended up in a mental institution for an entire Christmas season while we wondered what was going to become of us. Nobody in the law firm of McConkie or the Department of Justice cared, and was obviously hoping he would die, especially since our cute aunt Lisa had made herself the beneficiary of the life insurance policy she put on his life.

Even though Kirton was paid to protect us and our grandparents, there was no money or ability to defend ourselves in court, and none of us had the courage to attend the court sessions since we had no defense for the non-payment of our debts despite our rightful income of over $1M per month. And as you can imagine, a default summary judgement was lodged in the court since we did not respond within the 21 days, as according to law. We watched as our vehicles were repossessed, and cried when Kirton McConkie evicted us from our own home, while the State of Utah and the DOJ watched on as spectators.

Attached is the proof of service in this matter to our new Attorney General Pamela Bondi who is the prosecutor who should be coming after each of the defendants, but who also has failed to respond. I would ask her if she too is above the law, and if it is not her duty to hold each criminal responsible for their crimes, just as she claims to be doing to the corrupt politicians which are being exposed daily. We are either against corruption completely, or not at all, for if Dallin and Company are allowed to thrive, there will never be Justice for All, and the Trump Administration including Kash Patel is a scam.

As brother Hitler once said, "if you lose, you should not be around to explain," and this is exactly what each of the defendants is doing, and has done on dozens of occasions relating to the case herein. Look at Judge Shelby go, as he was the first federal judge to dismiss this matter with prejudice, knowing the severity of the crimes before the court. And here we have Mr. Cox, our illustrious Governor who is nothing but a felon at large, with corruption dripping from the ass he kisses of President Dallin H Oaks.

How convenient when apparently each of the named defendants get together and chuckle over dinner and passing out bribes, knowing their victims are helpless in the face of their mighty and omnipotent power. "For who can stand against the Beast" (as per the book of Revelation). You follow no laws, adhere to no rules, and betray every oath sworn and every contract signed, and you find support in your numbers, knowing nobody is left in this country to stand against you. You betray the citizens, this country, your God, and everyone who depends on you for providing them well deserved justice.

It is not the Russian Army, or the Iranians, or any other terrorist organization American citizens should fear, it is the evil from within which has already left the US Constitution hanging by a thread. Why would we ever fight for the freedoms of Ukraine, when we have none ourselves, and only money whores who use the ignorance of the people to line their pockets with millions of taxpayers' and tithe payers' dollars. Who is on the Lord's side, and choose this day who you will serve, for you cannot serve two masters, which each of you pretend to do. You are either with "ME" or against "ME," there is no in between.

The man you recently betrayed the most was Max D Eliason, who was among the greatest people any of you could have ever met. Just ask Bryan and Lisa Stephens and Craig McCullough how honest and trusting they were of Kirton McConkie before they murdered them, and they will certainly remember, even though their hearts of stone have long since felt any type of remorse.

And finally, the words left in my father's journal dating back to 1959 say it all:



How blessed was our family to have such a perfect father/grandfather, whose teachings and words have given me the strength to stand up against your gates of hell with all my might. You can take all our worldly possessions from us as you have done time and time again, or have my dad incarcerated so he could not attend a scheduled hearing in Hawaii, or even have us killed; but you will never be able to take away the unconditional love we feel from grandma and grandpa each and every day. There are some things that are not for sale, unlike your cheap and godless souls.

/s/ Kylie Marie Eliason, Trustee and Beneficiary

/s/ Brittnie Lynne Eliason, Beneficiary

# EXHIBIT A

**Copy of Certificate of Service showing Pamela Bondi has been served in this matter representing the United States Department of Justice, who along with each of the other defendants, apparently does not feel obligated to respond…**

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Utah

The Estate of Max and Joyce Eliason, et al.

    Plaintiff(s),

vs.

The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al

    Defendant(s).

Attorney: NONE

Client:
The Estates of Max and Joyce Eliason
634 Ridgetop Lane
North Salt Lake UT 84054



*331295*

Case Number: 1:25-CV-00021

I, **Cora Heishman**, swear and affirm that the following is correct:

I received the legal documents on **02/21/2025** at **1:54 PM** to be served upon: **The United States Department of Justice, Attorney General Pamela Bondi at 950 Pennsylvania Ave NW, Washington, DC 20530-0001**

I Served **The United States Department of Justice, Attorney General Pamela Bondi** by delivering a conformed copy of: **Summons in a Civil Action; Complaint and Request Matter be Transferred for Criminal Prosecution; Exhibit A** to **The United States Department of Justice, Attorney General Pamela Bondi** at **950 Pennsylvania Ave NW, Washington, DC 20530-0001** via USPS Certified Mail.

**Supplemental Data Appropriate to this Service:** On 02/24/2025, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052701848848530 to the address of: 950 Pennsylvania Ave NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

Cora Heishman
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:331295

